UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| MAURICE FRANKLIN | ) | |
| --- | --- | --- |
| Plaintiff, | ) | Case No. 1:21-cv-04367 |
| v. | ) | Hon. Steven C. Seeger |
| MAXIMUS, INC., MAXIMUS HUMAN SERVICES, INC., and MAXIMUS SERVICES LLC Defendants. | ) | |

## **SCHEDULING ORDER UNDER RULE 16(b)**

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| **Event** | **Deadline** |
| --- | --- |
| Amendment to the pleadings | January 31, 2022 |
| Service of process on any "John Does" | February 15, 2022 |
| Completion of Fact Discovery | August 31, 2022 |
| Disclosure of Plaintiff's Expert Report(s) | September 30, 2022 |
| Deposition of Plaintiff's Expert | October 31, 2022 |
| Disclosure of Defendant's Expert Report(s) | October 31, 2022 |
| Deposition of Defendant's Expert | November 30, 2022 |
| Dispositive Motions | January 6, 2023 |
| Rule 26(a)(1) Initial Disclosures | January 7, 2022 |

2

| File a Proposed Confidentiality Stipulation and Rule 502 Order | January 31, 2022 |
|---|---|

Date: December 17, 2021

Steven C. Seeger
United States District Judge