IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-04367 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| MAXIMUS, INC., MAXIMUS HUMAN SERVICES, INC., AND MAXIMUS SERVICES LLC | ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATEMENT REGARDING HIS
FORTHCOMING MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Maurice Franklin, by and through the undersigned counsel, files this statement in response to the Court's order of March 28, 2022. In support of his statement, Plaintiff states the following:

1. On August 17, 2021, Plaintiff filed, *pro se*, the Complaint in this action, together with an Application for Leave to Proceed *In Forma Pauperis* ("IFP Application") and a Motion for Attorney Representation. ECF Nos. 1 and 4–5.

2. On November 9, 2021, Defendant Maximus, Inc. ("Maximus") filed its Answer and Affirmative Defenses to Plaintiff's Complaint. ECF No. 23.

3. On December 10, 2021, Plaintiff, through counsel, filed an Amended Complaint against Maximus.

4. On December 17, 2021, the Court entered a Scheduling Order Under Rule 16(b), in which it set the deadline for Plaintiff to move the court for leave to amend his complaint as January 31, 2022. ECF No. 28.

5. On December 23, 2021, Maximus filed a Motion to Dismiss this lawsuit, with

prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(A), in which Maximus contends that Plaintiff made misrepresentations in his IFP Application and Motion for Attorney Representation filed with this Court, as well as in an *in forma pauperis* application that Plaintiff filed in a lawsuit he brought against Maximus in the United States District Court for the Central District of California. *See* ECF Nos. 29–30. On January 3, 2022, Plaintiff filed a Response in Opposition to Maximus' Motion to Dismiss; on January 26, 2022, Maximus filed its Reply Memorandum in Further Support of its Motion to Dismiss. ECF Nos. 34-35, 39. As of the date of this filing, Maximus' Motion to Dismiss remains pending.

6. Plaintiff intends to file a Second Amended Complaint. On January 31, 2022, Plaintiff filed a motion to stay the deadline to move for leave to file a second amended complaint. ECF No. 40. On February 7, 2022, the Court denied Plaintiff's motion as premature, noting that "[i]f there is a need to amend the complaint after this Court issues its ruling on the motion to dismiss, then Plaintiff can seek leave at that time. (No party should read anything into that sentence.) But preemptive authorization is premature." ECF No.44.

7. On March 22, 2022, the parties filed a Joint Motion to Stay All Deadlines Pending the Court's Ruling on Defendant Maximus, Inc.'s Motion to Dismiss. EFC No. 46.

8. On March 28, 2022, the Court granted the parties' joint motion for a stay of all deadlines but noted that, "Plaintiff must file a statement and/or a motion by April 1 about whether Plaintiff is seeking leave to file an amended complaint. There is no much point in having this Court ruling on a complaint if Plaintiff intends to amend it anyway." ECF No. 47.

9. On March 30, 2022, Plaintiff served Maximus Human Services, Inc. and Maximus Services, LLC with a summons and Amended Complaint. ECF No. 48-49.

10. As of the date of this statement, the Court has not ruled on Defendant Maximus,

Inc.'s Motion to Dismiss. While Plaintiff intends upon moving the Court for leave to further amend his complaint, Plaintiff has refrained from so doing until the Court issues its ruling on Maximus' motion to dismiss in compliance with the court's comments of February 7, 2022

Respectfully submitted this 1st day of April 2022.

        **MAURICE FRANKLIN**

        By: */s/ Anthony Dawkins*
            One of His Attorneys

        F. Anthony Dawkins
        MORGAN & MORGAN, PA
        191 Peachtree Street, NE, Suite 4200
        Atlanta, Georgia 30303
        Tel: (404) 965-1872
        Fax: (404) 720-3839
        adawkins@forthepeople.com