## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Maurice Franklin

                    Plaintiff,

v.                                               Case No.: 1:21−cv−04367

                                                        Honorable Steven C. Seeger

Maximus, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 19, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court presided over a status hearing. The Court grants plaintiff leave to file a second amended complaint by May 24, 2022. The Court denies defendant's second motion for extension of time to answer to plaintiff's amended complaint (Dckt. No. [60]) as moot in light of the upcoming filing of the second amended complaint. The parties discussed the status of discovery. A status report regarding discovery is due by May 27, 2022. Any proposal to extend discovery must be included on the status report. The parties also discussed the status of settlement discussions. Plaintiff must make a written settlement demand by May 24, 2022. Defendant must respond in good faith and in writing by June 7, 2022. By June 14, 2022, the parties must file a statement addressing whether all parties request a settlement conference with the Magistrate Judge. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.