# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [X] EEOC | 440-2021-02671 |

| ILLINOIS DEPARTMENT OF HUMAN RIGHTS | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| **MR. MAURICE FRANKLIN** | **(773) 749-8238** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **200 EAST ILLINOIS STREET, 1607, CHICAGO,IL 60611** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **MAXIMUS** | **501+** | **(703) 251-8500** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1891 METRO CENTER DR, RESTON, VA 20190** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN

[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION

[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **07-01-2020**  Latest **05-12-2021**

[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began employment with Respondent in or about September 1999. My current position is VP of Employer Services and Child Support Operations. During my employment, I was subjected to different terms and conditions than White employees, including, but not limited to, being excluded from meetings and information. I complained to Respondent. Subsequently, I have been subjected to additional scrutiny and have been denied promotions.

I believe I have been discriminated against because of my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Maurice Franklin on 05-12-2021 10:38 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# EXHIBIT B

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: **Maurice Franklin**<br>**200 east Illinois street #1607**<br>**Chicago, IL 60611** | From: **Chicago District Office**<br>**230 S. Dearborn**<br>**Suite 1866**<br>**Chicago, IL 60604** |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2021-02671** | **Alison Fisher,**<br>**Investigator** | **(312) 872-9654** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| **X** | The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge. |
| | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/np*

**Julianne Bowman,**
**District Director**

5/19/2021

*(Date Issued)*

Enclosures(s)

cc:

**MAXIMUS**
**c/o Bruce Casewell, CEO**
**1891 Metro Center Dr**
**Reston, VA 20190**

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc:

# EXHIBIT C



**Franklin, Maurice**
VP - Child Support

Manager: Laura Rosenak (50371)
Evaluated By: Laura Rosenak (50371)

**MBP Performance Evaluation**

Organization: HUMAN. CSE/PROJECTS_HUMAN
SVCS (Laura Rosenak (50371))
Location: US - IL - Chicago 819
10/02/2017 - 09/28/2018

## Overall

### Manager Overall Evaluation

| | |
|---|---|
| Calculated Rating: | 4 |
| Rating: | Above Expectations |
| Comment: | Maurice is an inspiration to his team and colleagues. His energy and style are truly appreciated. |

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| Entered by: | Maurice Franklin (13496) | Date: | 09/17/2018 |
| Status: | Acknowledge Review | | |
| Comment: | above expectations | | |

## S.M.A.R.T. Goals

•Achieve DSOs quarterly at 65 days or better•Achieve $4,357,304.00 M of Operating Income across the Child Support Division and $474,660.00 for the BEAS Division•Successful launch of new projects

Outstanding AR must be managed to an average of 65 days, with a goal of 45 days. Operating income is set through forecast and Plan, and must be met at the individual project level to support the ability to achieve the Division's corporate commitment. Failure to meet individual or portfolio profitability and revenue will have a direct impact on project bonuses. New projects are key to our growth and success. Successful implementations, including fiscal, operational and contractual commitments determine the definition of success.

Relates To: Commitment to Quality (Competency)

| | | | |
|---|---|---|---|
| Due Date: | 09/30/2018 | Status: | Successfully Complete |
| Category: | Profitability | | |
| Weight: | 17 | | |
| Target: | 40.00% | | |
| Actual: | 40.00% | | |

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Meets Expectations** | Rating: | **Above Expectations** |
| Comment: | Met his DSOs with some challenges in IL. Strong management and controls. | Comment: | above expectation |

•Awarded 100% of option renewals for all projects within purview•Win 95% re-bids (calculating revenue) for bids/contracts within purview•Achieve new work Annual Contract Value (ACV)* of 10% of FY17 revenue ($6.5M) at the Division level•Achieve revenue of $46,341,478 M across the CS Division

and $6,500,00 M for BEAS•Continue the design and implementation of technology enhancements

Ensuring that all options are contractually issued is directly predicated on our performance. Early terminations of contracts can be indicators of lower than preferred performance. Rebids are key to our future and our corporate mandate is to secure 95% of our rebid contracts. Growth is key to our future, with a corporate mandate of 10% YOY increase in work.

Relates To: Results-Focused (Competency)

| | | | |
|---|---|---|---|
| Due Date: | 09/30/2018 | Status: | Successfully Complete |
| Category: | Growth | | |
| Weight: | 20 | | |
| Target: | 40.00% | | |
| Actual: | 40.00% | | |

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | Above Expectations | Rating: | Above Expectations |
| Comment: | Obtained add on work in both BEAS and CS in 2018. | Comment: | above expectation |

•Client satisfaction surveys average score of 4.45 or greater•Ensure billing integrity through established QA and financial controls in all projects•Avoidance of new major HPP / remedy existing HPP

Performance and client satisfaction drives our ability to deliver for our clients and grow. Maintaining strong client satisfaction scores is critical to that performance delivery. Billing integrity and accuracy of invoicing is key to maintaining a trusted rapport with our clients. Managing all aspects of our projects to support strong delivery is critical to our reputation and our commitment to deliver. HPPs must be mitigated and avoided, or managed to support overcoming adverse situations that will interrupt or impact our ability to perform and deliver on commitments.

Relates To: Client Centric (Competency)

| | | | |
|---|---|---|---|
| Due Date: | 09/30/2018 | Status: | Successfully Complete |
| Category: | Quality | | |
| Weight: | 30 | | |
| Target: | 10.00% | | |
| Actual: | 10.00% | | |

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | Above Expectations | Rating: | Meets Expectations |
| Comment: | Maurice's clients - those that he regularly interact with absolutely value his leadership and knowledge and he is a 'go to' person for those clients. | Comment: | met expectation |

•Strengthen succession management and capacity planning practices•Team with other business organizations and cross sell Company's services•Develop strategic relationships with targeted clients or agencies

Key to our overall success is to ensure that our succession plans are strong and that we are providing the support to our

teammates to ensure they are positioned for promotion and career advancement. Working with other Divisions and teams throughout our own Divisions and across the enterprise will help to ensure we meet our growth commitments, and more importantly, demonstrate our abilities to expand in new directions and in new markets. Our relations with our clients are the most important asset - next to our people - we have in this business. Deepening those relations and strengthening those ties will help us to maintain and grow our business.

Relates To:     Leadership/Performance Management (Competency)

Due Date:     09/30/2018                                    Status:     Successfully Complete

Category:     Human Resources/Development

Weight:     16

Target:          5.00%

Actual:          5.00%

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Above Expectations** | Rating: | **Above Expectations** |
| Comment: | Maurice finds talent within his organization and works with them to draw out their skills and expose them to opportunities across the enterprise. | Comment: | above expecation |

## Achieve a consistent level of productivity and demonstrate our corporate values in all that you do.

As leaders, either at a Division or Project level, you are looked to as the example, and you set the standards for which your teams will emulate and follow. Consistent attendance, positive attitude and a spirit of teamwork are critical to ensuring that everyone enjoys a professional, positive work environment with opportunity to grow.

Relates To:     Leadership/Performance Management (Competency)

Due Date:     09/30/2018                                    Status:     Successfully Complete

Category:     Human Resources/Development

Weight:     17

Target:          5.00%

Actual:          5.00%

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Above Expectations** | Rating: | **Above Expectations** |
| Comment: | Maurice truly inspires not only his own team, but the leadership team. | Comment: | above expectation |

Section Summary

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Calculated Rating: | 3.83 | Calculated Rating: | 3.7 |
| Rating: | **Above Expectations** | Rating: | **Above Expectations** |

# Competencies

## Communication Skills

Demonstrates effective written, verbal and listening skills, and the ability to understand and learn from others. Strong inter-

personal skills; develops rapport and maintains trust. Effectively conveys ideas and facts, both orally and in writing, so that the message can be understood by the intended audience.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Above Expectations** | Rating: | **Above Expectations** |
| Comment: | Strong oral skills, developing written skills. | Comment: | above expectation |

## Client Centric

Demonstrates a commitment to serving internal and external clients. Responds promptly to requests and effectively resolves issues. Exhibits a positive attitude and the willingness to make a special effort to help others.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Superior** | Rating: | **Above Expectations** |
| Comment: | Maurice demonstrates a level of commitment to clients that is simply best-in-class. His attitude is incredible and his energy absolutely the epitome of what we strive for across MAXIMUS. | Comment: | above expectation |

## Core Values

Demonstrates the MAXIMUS principles of integrity, respect for others, honesty, diversity and a passion for serving our clients and customers. Takes the correct action, even under difficult circumstances. Earns and reciprocates trust and respect through consistent honesty and confidentiality in appropriate situations. Adheres to high standards of transparency and fairness while interacting with others. Does not use position or authority for personal gain. Promotes a collaborative and inclusive work environment where employees share knowledge freely.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Superior** | Rating: | **Above Expectations** |
| Comment: | Maurice is beyond reproach in his integrity. | Comment: | above expectation |

## Functional (Job) Knowledge

Demonstrates job-specific skills and aptitude for assigned duties. Uses tools and resources effectively. Works to continuously improve and enhance job knowledge and abilities.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Above Expectations** | Rating: | **Above Expectations** |
| Comment: | Seeks continuous improvement and to expand his breadth of knowledge. | Comment: | above expectation |

## Analytical and Logical

Demonstrates resourcefulness and innovation in finding ways to resolve issues and meet requirements. Makes timely, informed decisions that take into account the facts, goals, constraints and risks. Examines data to effectively comprehend issues, draw conclusions, and see underlying trends and correlations. Summarizes problems to identify challenges, benefits, risks and costs. Seeks advice from others when necessary.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Above Expectations** | Rating: | **Above Expectations** |
| Comment: | Always creative in how to overcome obstacles and creative in finding new solutions for our clients and our team. | Comment: | above expectation |

## Digital Skills

Demonstrates a willingness to learn about and adapt to new technologies that assist in job effectiveness and efficiencies, improve work processes, and customer experiences. New technologies may include, but are not limited to, cognitive computing, intelligent interactive voice recognition, process automation, advanced analytics, machine learning, and related tools and methods.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Above Expectations** | Rating: | **Above Expectations** |
| Comment: | Seeks out innovation. | Comment: | above expectation |

## Commitment to Quality

Ensures work performed is correct, complete and conforms to requirements. Consistently ensures quality from the beginning, recognizing that future corrections often require extra time and resources. Demonstrates a commitment toward teamwork and the achievement of shared goals.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Above Expectations** | Rating: | **Above Expectations** |
| Comment: | Strong ability to manage diverse workload and portfolio. | Comment: | above expectation |

## Results-Focused

Takes ownership for assignments and holds accountability for results. Demonstrates knowledge of key numbers (performance and/or financial) and seeks opportunities to achieve business targets. Shows persistence and resilience in overcoming obstacles and handling setbacks. Demonstrates the ability to successfully work independently, as well as collaborate with others to find solutions to problems. Readily accepts suggestions for improvement and adapts well to change.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Above Expectations** | Rating: | **Above Expectations** |
| Comment: | Consistently demonstrates a willingness to work collaboratively across the enterprise. | Comment: | above expectation |

## Adheres to MAXIMUS Policies

Complies with all corporate policies, including the Standards for Business Conduct and Ethics, Authority Matrix, Employee Manual and other policy documents. Meets compliance (e.g., annual training), performance management processes and other reporting requirements in a timely manner. Strictly adheres to security and privacy guidelines and requirements, including the safeguarding of personally identifiable information (PII) and personal health information (PHI), and the safeguarding of MAXIMUS and client systems. Is familiar with the MAXIMUS Information Security Policy and standards related to the execution of job-specific responsibilities. Maintains confidentiality in professional interactions and immediately alerts manager of privacy and security issues.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Above Expectations** | Rating: | **Above Expectations** |
| Comment: | Maintains a professional, yet fun demeanor. | Comment: | above expectation |

## Leadership/Performance Management

Serves as a role model for exhibiting our core values and achieving business objectives. Demonstrates self-management and guidance of others in the areas of motivation, goal setting and attainment, and change adaptation.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Superior** | Rating: | **Above Expectations** |
| Comment: | Maurice is truly a role model for how to achieve business objectives and self- | Comment: | above expecation |

management.

Section Summary

## Manager Evaluation

Calculated Rating: 4.3

Rating: **Above Expectations**

Comment: Maurice is a strong leader with skills that are still untapped. He is an absolute pleasure to get to work with.

## Employee Evaluation

Calculated Rating: **4**

Rating: **Above Expectations**

Comment: ....

# EXHIBIT D



# Franklin, Maurice

VP - Child Support

Manager: Laura Rosenak (50371)
Evaluated By:

## FY 2020 MBP Performance Evaluation Modified

Organization: HUMAN. CSE/PROJECTS_HUMAN
SVCS (Laura Rosenak (50371))
Location: US - CA - Remote
10/01/2019 - 09/30/2020

## Overall

### Manager Overall Evaluation

Rating:     Meeting/Exceeding Expectations
Comment:

# EXHIBIT E

3:33

 

Laura >

Sep 19, 2019, 4:31 PM

Can we talk at some point?

> Heeeeeyyy. Yes. I'm trying to get on a plane right now. Can we checkin in the morning if I don't get out the air in enough time tonight?

Are you at LAX?

I am.

> Yes. A big mess too

What terminal?

> 4

Me too. Gate?

> I trying to get on an early flight out.

> I'm at gate 45

> Don't look like imma get on

> They pulled me off. Lmao 😆

What?!?????



  iMessage  

      



4:25

Ringer

Laura >

Sep 17, 2019, 11:13 AM

It was completed last Friday. I called Colleen and she's going to send it to him. Don't know why we thought it was due this Friday
11:13 AM

Sep 19, 2019, 2:28 PM

Hi
2:28 PM

Sep 19, 2019, 4:31 PM

Can we talk at some point?
4:31 PM

Heeeeeyyy. Yes. I'm trying to get on a plane right now. Can we checkin in the morning if I don't get out the air in enough time tonight?
4:46 PM

Are you at LAX?
4:46 PM

I am.
4:46 PM

Yes. A big mess too
4:46 PM

What terminal?
4:47 PM

4
4:47 PM

Me too. Gate?
4:47 PM

iMessage



4:26



Laura >

What terminal?                                          4:47 PM

4                                                       4:47 PM

Me too. Gate?                                           4:47 PM

I trying to get on an early flight out.                4:47 PM

I'm at gate 45                                         4:47 PM

Don't look like imma get on                           4:49 PM

They pulled me off. Lmao 😆                            5:00 PM

What?!?????                                            5:08 PM

Where r u now?!?                                       5:08 PM

Unreal.                                                5:08 PM

I'm at gate 40                                         5:08 PM

Sep 20, 2019, 1:32 PM

Hi. I was able to run to another
flight. Can I take the rest of the                    1:32 PM
week off 🙂. I'm exhausted

Sure but Rachel is reaching out
trying to get ahold of you. It's                      2:24 PM
urgent – please give her a call

   iMessage 

      

# EXHIBIT F

MAXIMUS    COVID-19   Our Markets   Core Capabilities   Our Insights   Our Impact

MAKING AN IMPACT — MAURICE FRANKLIN

# Infusing child support programs with innovation and a passion for service

🏠 \ Making an Impact — Maurice Franklin

This interview marks the fifth installment in the Making an Impact series — a collection of profiles and articles introducing some of our best and brightest leaders. Throughout the year, we will spotlight individuals who are making tremendous impacts in the government sectors we serve.

## Maurice Franklin, Vice President, Child Support Services

Maurice leads operations for our child support services programs. His teams support critical state and local projects, including Illinois child support, the California LifeLine program, and California SSI/SSDI assessment and advocacy programs for homeless adults and children in foster care.

We recently caught up with Maurice at his Chicago office to discuss his insights into running effective program operations. These include the importance of developing good relationships, leadership strategy, and the role technology can play in helping governments achieve more impactful outcomes.

### You joined Maximus as a child support specialist and rose through the ranks to become a vice president. Has that given you better insight into operations and leadership?

Oh, for sure. I started at Maximus about 17 years ago as a review and adjustment specialist for the Illinois child support project. That's where I learned how important it is to get orders right-sized to increase collections. The job made me want to learn more about the child support system — and ways we could improve processes to get better results. I didn't get the chance right away because the contract for the work changed hands. Luckily, that opportunity came back around a few years later when I rejoined Maximus to lead the early intervention program in Illinois. Coming back to that work reinforced my commitment to human services and the populations they support. It also set me on a career path with Maximus that has allowed me to grow and become a strong advocate for vulnerable communities across the country. It's a tremendous feeling to work with teams that have such a positive impact. Our projects provide the type of vital support that can create opportunities that set people most in need on a path to growth and independence.

### What is your approach to leadership and mentoring?

I'm a leader who tries to listen as much as I speak. I want people who work with me to feel comfortable giving input, which can help me make more informed decisions. I'm also a leader who supports my teams. I try to get to the root of issues when they arise to find solutions instead of wasting time assigning blame. I believe that it's important to look beyond the obvious and learn what people truly enjoy about their work. This approach can often uncover untapped skills and talents that can lead to greater professional satisfaction and advancement for team members while also improving the team's impact. My approach to mentoring is similar. I present opportunities to folks who show potential and then provide them with the help they need to excel.



### What do you love most about your job?

I enjoy problem-solving. I work in partnership with my clients and my teams to develop solutions. I'm currently responsible for about 17 projects, so I'm always in strategy mode. I aim to bring as much creative thinking, flexibility, and curiosity as possible to the task when there's a problem to tackle. We try to be tactical about finding ways to do things better to improve results.

### What about challenges?

The biggest challenge I face right now is developing sustainable work-from-home strategies for our teams as we tackle the challenges of working during a pandemic. The top priority is making sure our people stay healthy and safe, while still delivering quality services to our clients. Maintaining excellent client relationships and encouraging my teams to think around the box has helped tremendously.

### If you could snap your fingers and solve one problem facing governments in 2020, what would it be?

In a perfect world, I would update technology across the board so government agencies could better keep pace with the challenges of 2020. The COVID-19 pandemic has exposed how antiquated many government systems are. Retiring legacy systems — and investing in modern technology platforms — will help government agencies better serve vulnerable people in the coming decades.

Copyright (c) 2021 Maximus. All rights reserved.   |   Privacy Statement   |   Terms of Use   |   Human Rights Statement   |   Employee Home

# EXHIBIT G

Kim Colbeck, SPHR, SCP
Vice President, Human Capital
Health and Human Services
MAXIMUS
(512) 744-3228

"CONFIDENTIALITY NOTICE: This message and any attachment to it is intended only for the individual or entity to which it is addressed and may contain confidential and/or priviledged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient or the agent responsible for delivering it to the intended recipient, please contact the sender and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communication through this medium, please advise the sender immediately."

**From:** Laura J Rosenak/MAXIMUS <LauraJRosenak@maximus.com>
**Sent:** Wednesday, September 18, 2019 1:40 PM
**To:** Kim Colbeck/MAXIMUS <KimColbeck@maximus.com>; Peter R Baylinson/MAXIMUS <PeterBaylinson@maximus.com>; Maurice Franklin/MAXIMUS <MauriceFranklin@maximus.com>
**Subject:** RE: Darryl Rieber Role - CA LL

Right now, the cost of Bill Allen is a minimum of $22,500/month. We just did a true up payment of an additional $64k, which makes his average per month almost $40k – Darryl has broader skills and will be a much lower cost to the Project. Just FYI to help with some of the perspectives that seem to be occurring. I did not include Kathy on these communications as I want to vette fully before she is given his role and responsibilities.

**From:** Laura J Rosenak/MAXIMUS
**Sent:** Wednesday, September 18, 2019 10:50 AM
**To:** Kim Colbeck/MAXIMUS (KimColbeck@maximus.com) <KimColbeck@maximus.com>; Peter R Baylinson/MAXIMUS <PeterBaylinson@maximus.com>; Maurice Franklin/MAXIMUS <MauriceFranklin@maximus.com>
**Subject:** Darryl Rieber Role - CA LL

Roles and Responsibilities – CA LifeLine

Maurice Franklin
- Executive Oversight
- Policy and Pilots
- Outreach

Colleen Duke
- Project Director
  o Day-to-day client management
  o Oversight of operations
  o Reporting

Jim Graettinger
- Service Provider Liaison
    o Day-to-day communications and coordination with Carriers
    o Day-to-day interaction with the client and IT
    o Communications, meetings and materials related to Carriers

Michael Lant
- Document Writer
    o Management of BRDs
    o Contract artifacts
    o Reporting
    o Invoicing

Darryl Reiber
- Project Deputy Director
    o Support to Jim for Carrier coordination
        ▪ Materials/Communications review
        ▪ Interaction with IT resources to obtain needed information
        ▪ JIRA ticket reviews
        ▪ Testing support and coordination
    o Support to Colleen
        ▪ Back up for client interactions
        ▪ Preparation of materials to support meetings/review of materials
        ▪ Invoice reconciliation support
        ▪ BRD compliance reviews

Darryl will replace the role that Bill Allen has fulfilled on the project, as well as support for Colleen. Darryl's skill set is broader than Bill's, which will allow us to leverage his capabilities to also support Colleen. His writing skills are exceptional, he is detail oriented, and has experience in working directly with clients. Colleen is new to role, and growing swiftly, but the stress and pressure of the role are difficult. Having tenured back up will allow her to acclimate in a more methodical manner.

These are my initial thoughts. Please review and weigh in as you may see fit. I welcome different perspectives.

**Laura J. Rosenak**
Senior Vice President, Human Services
**MAXIMUS**
1891 Metro Center Drive
Reston, CA 20190
Phone: 916.532.4920
laurajrosenak@maximus.com

# EXHIBIT H

# Project Summary

| Contract Information | | | | | |
|---|---|---|---|---|---|
| **Department:** | California Public Utilities Commission | | | | |
| **Bureau or Division:** | Communications Division | | | | |
| **Agency:** | California Public Utilities Commission (CPUC) | | **Status:** | ☒ Active<br>☐ Complete | |
| **Contract Name:** | **CA Lifeline Program** | | | | |
| **Contract Holder:** | MAXIMUS Human Services | | | | |
| **Contract Role:** | ☒ Prime<br>☐ Subcontractor | **Percentage of Work:**<br>(if applicable) | **Office Address:** | 625 Coolidge Drive,<br>Folsom, CA 95630 | |
| **CAGE Code:** | NA | | | | |
| **DUNS Number:** | NA | | **Phone/Fax No.:** | 1.866.272.0349 | |
| **Contracting Agency Address:** | 505 Van Ness Avenue, San Francisco, CA 94102 | | **Project Inception Date:** | 4/1/2019 | |
| | | | **Current Contract Start:** | 7/30/2018 | |
| | | | **Current Contract End:** | 3/31/2021 | |
| **Contracting Officer** | **Point(s) of Contact** | | **Current Contract No:** | Contract Number: 19946<br>Project Number: 107040 | |
| | **MAXIMUS Technical Manager** | **MAXIMUS Project Manager** | | | |
| Jonathan Lakritz | Rick DiLollo | Colleen Duke – PM | **Prior Contract No.:** | N/A | |
| | | Maurice Franklin – Contract Manager VP | **Contract Type:**<br>**Award Fee:** | Fee For Service | |
| | | | **Contract Value:** | $ 37,515,480.67 | |
| | | | **Billed to Date:** | NA | |
| **CPARS / PPIRS Available** | NA | | | | |
| **PPQ Notes:** | NA | | | | |
| **Description:** | This program provides discounted home phone and cell phone services to qualified households. MAXIMUS acts as a third-party administrator for California Public Utilities Commission (CPUC) to facilitate enrollment processes to all potential program customers, through outreach, eligibility, enrollment, and call center support. | | | | |

| Project / Contract Summary |
|---|
| **Scope Overview** |

Public Utilities (P.U.) Code Section 871 *et. Seq.* requires California Public Utilities Commission (CPUC) to promote universal service by making residential telephone service affordable to low-income Californians. The California LifeLine program (LifeLine program) provides discounts to basic landline (wireline) and wireless telephone service to qualifying low-income residents to help them stay connected. MAXIMUS provides services as the California LifeLine Administrator (Administrator) and is responsible for all aspects of the LifeLine program, including:
- Determining the eligibility of households for the LifeLine program, enrolling, approving and denying customers, as applicable
- Operating and monitoring dynamic and responsive Information Technology (IT) systems that support the flow of information between Contractor, customers, California LifeLine Service Providers (Service Providers), and CPUC staff

- Providing a dynamic, responsive and comprehensive customer service solution which includes a call center, Toll-Free service lines, Interactive Voice Response (IVR) system, and website
- Performing records and database management
- In alignment with the Inter-Agency Agreement between CPUC and Department of General Services (DGS), Office of State Publishing (OSP), coordinate, communicate and collaborate with the OSP for outbound printing and mailing of program documents
- Processing inbound mail documents
- Preventing Waste, Fraud, and Abuse (WFA) of the LifeLine program
- Keeping current and up to date with federal and State regulations affecting universal service programs
- Communicating and interacting with internal and external stakeholders

MAXIMUS uses outreach to help drive higher rates of engagement in the LifeLine Program across its customer base. We leverage our extensive partnerships with and connections to California human and social service agencies and community organizations to help ensure that we are able to reach as many eligible citizens as possible. Among the populations we target, are undocumented individuals, tribal families, refugees, and immigrants. We will tailor outreach materials and messages to most effectively engage these communities, as well as urban and rural focuses.

Key techniques that inform our outreach program:

- Connections with human services professionals and community leaders one-on-one and/or in their professional settings to educate them about the benefits of the LifeLine Program so they can share information about this resource with their constituents. For example, we might engage community leaders that work with immigrant or refugee populations and work with them to help elevate knowledge and use of the LifeLine Program.
- Development of clear, concise outreach materials with accessible messages and impactful presentations. We combine our technical experience with our expertise in targeted population research to inform the design of user-friendly educational materials.
- Web messaging that is easy to navigate and informative: use of technology, such as chat and mobile applications, make information about LifeLine enrollment easy to access
- Alignment with the FCC approach to incentivize development in rural tribal communities by facilities-based providers through vigorous reporting capability on demographics of enrollments within the boundaries of an incentivized area

The terms of the contract begin July 30, 2018. At that time, the California Department of Technology (CDT) - Statewide Technology Procurement (STP), the term of the contract was two and one half (2 ½) years. With Amendment 1 the State extended the base term of the contract by two additional months, ending on March 31, 2021. The State, at its sole discretion, may exercise its option to execute two (2), one-year extensions to perform Administrator services for a maximum contract term of four and one-half (4 ½) years.

### SOW Elements

| | | |
|---|---|---|
| ■ Call Center Plan | ■ Service Level Agreement Performance Metrics | ■ Budget Detail. Payment Provisions and Invoicing |
| ■ Enrollment Methods | ■ Mail Room Operations | ■ Operations Configuration and Security |
| ■ Risk Management | ■ Transition Out Plan | ■ Mandatory Optional Requirements |
| ■ Processing Requirements | ■ Work Plan | ■ Service Provider Management<br>■ Operational Specs |

### Detailed Project Description

California LifeLine is a State program that provides discounted home phone and cell phone services to eligible households. The California LifeLine discounts help consumers lower the cost of their phone bills. Only one discount per household is allowed (except for teletypewriter users and for Deaf and Disabled Telecommunications Program participants).

### Methods of Enrollment

An effortless registration process that is accessible and easy to navigate is at the center of our approach to LifeLine enrollment. We understand the need to provide applicants multiple ways to complete the application and renewals.

- Paper Forms (Print and Mail)

  We work to ensure that customers are able to apply for new service or renew service by completing a paper form and submitting this back to our office for processing via the United States Postal Service regardless of how the enrollment was initiated. We work in conjunction with the Office of State Printing (OSP) on all printing and outbound mailing of the LifeLine Program documents. We facilitate LifeLine Program outbound and inbound mailing functions, including application and renewal packets.

- Outbound Mailing

  Outbound mail includes application and renewal form packets, letters, and postcard reminders. OSP is responsible for printing and outbound mailing of all program documents except for those requested in Braille. We also accommodate outbound mailing for customers who have a preferred language other than English. We are familiar with the diverse population of California, and we have experienced translation services available to convert outbound documents to Spanish, Chinese (Mandarin and Cantonese), Korean, Vietnamese, and Tagalog. Per the customer's record in the Customer Database System (CDS), the outbound mailing will be prepared based on the noted language and font size preferences.

- Inbound Mailing

  To support accurate and timely delivery of outbound mailing, we have initiated and executed a reliable coordination and communication plan with OSP to ensure our outbound mailing services adhere to the Application and Renewal Process Timeframes. We have a process for inbound mail. All inbound mail received at our Folsom, California facility is handled by our mailroom staff. Once received, applications and renewal forms along with supporting documentation is sorted, scanned, and imaged into an electronic PDF format and become a part of a customer's record, based on the unique barcode identified by our scanning software.

- Direct Application Process (DAP)

  In addition to the ability to receive and process paper applications, MAXIMUS provides and supports the Direct Application Process (DAP) that some Service Providers use to electronically submit applications for their customers. We are able to employ a process to match the current functionality of the DAP electronic interchange service so as not to interrupt existing operations, file transfer layouts, or the functionality of Service Provider-developed Application Programming Interfaces (APIs).

- Web-based Enrollment Service (WES)

  We recognize that a web-based, efficient system is imperative to keep pace with evolving technology expectations and reduce the volume of printed materials. We are committed to the timely implementation and support of an enhanced, secured, and fully functional WES system in which customers are able to submit a complete application or renewal directly through a participating Service Provider's interface.

We leverage our knowledge of innovative LifeLine systems to build out the LifeLine website to include an 'Apply Now' function, where the customer is able to initiate an application online and complete this process without having to wait for any applications to be mailed to them. This process would enable all Service Providers, not just those who participate in DAP, to be able to utilize an electronic method for their customers to apply.

We have also found that equal functionality across all WES-enabled devices, through responsive web design, is imperative for streamlined, hassle-free enrollment processes. Customers and Service Providers are able to move through the WES on a variety of devices without losing functionality - LifeLine WES has a similar look, feel, and functionality across devices such as laptops, tablets, and mobile phones.



**Day-to-Day Operations**

Call center supporting incoming calls from Public lines (general inquiries) and from LifeLine applicants and participants regarding their application/renewal specific questions. Call Center functions include:

- Processing eligibility decisions on incmoning application and renewals
- Handling incoming calls (Supports seven languages based on type of call)
- Handling Chat initiated from Public Website (English and Spanish only)
- Emails
- Responding to questions submitted via web forms

Call center agents can –

- Perform a customer search and view latest application status, notes and activity log for selected applicant/participant record
- Trigger a "Reprint" request for applicants/participants within allowed timeframe as per applications/renewal timeline

Call center agents can process "Remove Me" requests from participants. Relay calls are supported (service provided to deaf or hard-of-hearing customers) and are handled with the same type of skilled call center services as received by other telephone users.

**Pandemic Accommodations**

Operations: As a result of COVID-19 the majority of CA LifeLine operations staff are working remotely, with few remaining in the Folsom, CA office to handle mail processing. There has been no negative impact on SLA performance. Due to pandemic-related lowered work volumes, many CA LifeLine staff have been temporarily loaned out to other programs.

Program: On March 18th, 2020 the FCC issued an order regarding suspension of all LifeLine renewals due to the pandemic. The CPUC followed suit and at this time CA LifeLine renewals are scheduled to resume on December 1st, 2020. The catch up period for renewal work delayed by the pandemic will run for 90 days and create a considerable wave of work for Operations.

Systemic changes have been implemented with the hope that they will reduce the amount of manual effort associated with work processing.

## Staffing

**Key Personnel:**
Roles and Responsibilities – CA LifeLine

Maurice Franklin
- - Executive Oversight
- - Policy and Pilots
- - Outreach

Colleen Duke
- - Project Director
    - o Day-to-day client management
    - o Oversight of operations
    - o Reporting

Jim Graettinger
- - Service Provider Liaison
    - o Day-to-day communications and coordination with Carriers
    - o Day-to-day interaction with the client and IT
    - o Communications, meetings and materials related to Carriers

Michael Lant
- - Document Writer
    - o Management of BRDs
    - o Contract artifacts
    - o Reporting
    - o Invoicing

Rick DiLollo
- - IT Project Manager
    - o Day-to-day IT communications and prioritization of IT efforts
    - o IT interface with Operations
    - o Management of IT testing

**Total FTEs**: 5 dedicated; + ~115 provided by SOA (Call Center, QA, and training teams)

## Subcontractors

**Solix** – Solix provides the Solix 360 application, which is used to perform eligibility decisions and case management activities. Solix also provides Image Trust, a document imaging solution used to scan documents received in the MAXIMUS mailroom. MAXIMUS is responsible for manual imaging, application processing and evaluation. The subcontractor only provides the platform and is not involved in eligibility determinations. MAXIMUS will control all certification and verifications determinations for Lifeline customers. As such, the subcontractor will have no opportunity to sway eligibility decisions.

**KP** – KP is responsible for document composition services for all applicable mailings to applicants and recipients of services associated with the CA Lifeline Program.

**Document Composition Services** – Subcontractor provides document composition services by creating and updating documents within the CA Lifeline Program. Subcontractor shall be responsible for:

- • Receiving daily data files from MAXIMUS in the approved Subcontractor file format
- • Update the MAXIMUS data file to incorporate USPS data from CASS and NCOA
- • Compose print ready PDF's for the following communication types:
    - o Letters
    - o Applications
    - o Renewals
    - o Braille
    - o Ad hoc
- • Post all daily print ready PDF files to the Solix SFTP by 9:00 PM PST.

- Service level agreement (SLA) for this task is calculated based upon transmission start time as documented in the KP File Transfer log

**OSP–** Office of State Printing is the State agency contractually responsible for printing and mailing of the following:

- Application Packets: Initial Applications, Application Reprints, Soft Denials, Soft Denial Reprints, Correctable Denials, and Correctable Denial Reprints

- Renewal Packets: Initial Renewals, Renewal Reprints, Soft Denials, Soft Denial Reprints, Correctable Denials, and Correctable Denial Reprints

- Letters: Application/renewal approval and denial letters, Duplicate denial letters, Transfer letters, Request to overturn disqualification letters, Appeal to overturn disqualification letters, and Identity (ID) Authentication letters

- Postcard Reminders

- Other Communications Collateral as required by the program (e.g., instructions on how to complete forms and page-inserts for important notices to customers)

**MAXIMUS Center For Health Literacy (CHL)** - for the Blind and Visually Impaired will provide the following services and activities

- Setup credential to retrieve PDF file from sFTP site
- Retrieve PDF from sFTP daily
- Print (Document generation) Braille letters for English language
- Stuff and mail documents to customers
- Post data file to secure file repository confirming date of printing for each document
- Manual creation of Print (Document generation) Braille letters for English language from 2/1/2019 – 4/15/2019
- Print (Document generation) Braille letters for English language and mailing between two to three business days from receipt of PDF from sFTP server

## Outcomes/Tangible Results

### CY2019 Program Data

**Applications Processed**

| | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Application | 106,912 | 122,796 | 108,340 | 151,091 | 132,626 | 150,257 | 154,014 | 143,619 | 137,490 | 111,069 | 119,710 |
| IDV Application | 1,392 | 1,433 | 723 | 588 | 1,305 | 1,410 | 2,209 | 1,230 | 882 | 468 | 625 |
| IDV Renewal | 3,862 | 2,682 | 1,196 | 3,468 | 7,977 | 8,566 | 12,682 | 588 | 496 | 206 | 229 |
| Renewal | 58,254 | 60,063 | 41,605 | 61,927 | 51,583 | 55,392 | 74,327 | 63,562 | 62,152 | 43,991 | 59,486 |
| Monthly Totals: | 170,420 | 186,974 | 151,864 | 217,074 | 193,491 | 215,625 | 243,232 | 208,999 | 201,020 | 155,734 | 180,050 |

**Outbound Mail**

| | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IDV | 23,790 | 26,484 | 8,487 | 17,796 | 17,491 | 24,871 | 12,706 | 11,278 | 6,101 | 4,003 | 4,317 |
| Appeal Letters | 32 | 91 | 7 | 28 | 52 | 715 | 654 | 6,702 | 239 | 201 | 25 |
| Approval Letters | 140,184 | 176,255 | 290 | 89,341 | 46,253 | 114,303 | 179,340 | 159,486 | 151,880 | 163,782 | 153,014 |
| Denail Letters | 137,639 | 143,713 | 4,120 | 70,671 | 42,435 | 218,764 | 103,739 | 21,845 | 82,042 | 109,155 | 59,154 |
| Transfer Letters | 104,130 | 137,518 | 116,917 | 135,957 | 119,032 | 113,277 | 125,795 | 121,736 | 128,141 | 109,279 | 101,928 |
| Initial Application | 16,465 | 19,948 | 13,257 | 25,324 | 19,741 | 24,866 | 31,446 | 22,393 | 21,992 | 22,280 | 19,668 |
| Initial App Correctable Denial | | 23 | 29,626 | 21,046 | 9,501 | 11,055 | 11,158 | 13,180 | 12,752 | 14,376 | 18,921 |
| Initial App Correctable Denial Reprint | | | 41 | 92 | 57 | 57 | 103 | 132 | 137 | 61 | 112 |
| Initial Application Reprint | | | 202 | 488 | 559 | 638 | 957 | 817 | 1,039 | 705 | 846 |
| Reminder Postcards | 20,042 | 15,870 | 28,795 | 16,008 | 11,745 | 12,157 | 15,739 | 15,168 | 20,104 | 21,941 | 14,573 |
| Renewal Forms | | 4,704 | 147,852 | 135,150 | 136,160 | 157,292 | 122,983 | 111,053 | 112,745 | 101,614 | 112,281 |
| Renewal Forms Correctable Denial | | 378 | 65,282 | 79,401 | 80,097 | 89,443 | 91,351 | 70,497 | 68,050 | 50,666 | 52,206 |
| Renewal Forms Correctable Denial Reprint | | | 66 | 165 | 181 | 158 | 137 | 99 | 69 | 39 | 79 |
| Renewal Form Reprint | | | 1,283 | 3,446 | 4,484 | 5,810 | 3,794 | 1,700 | 753 | 552 | 827 |
| Monthly Totals | 442,282 | 524,984 | 416,225 | 594,913 | 487,788 | 773,406 | 699,902 | 556,086 | 606,044 | 598,654 | 537,951 |

**Incoming Call Volume**

| | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Calls | | 1,610 | 107,313 | 145,136 | 139,476 | 174,919 | 168,366 | 130,856 | 134,400 | 114,801 | 131,082 |

## CY2020 Program Data as of September

| Mandatory Services / Enrollment | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Applications Manually Processed (Applications Approved + Applications Denied + Applications Resent) | 134,888 | 125,770 | 109,461 | 74,379 | 69,982 | 73,636 | 60,611 | 54,991 | 48,706 | 752,424 |
| Applications Automatically Processed (Applications Denied-Non-Response) | 28,486 | 14,817 | 14,292 | 12,546 | 10,707 | 9,757 | 9,538 | 7,356 | 6,546 | 114,045 |
| Renewals Manually Processed (Renewals Approved +Renewals Denied +Renewals Resent) | 66,862 | 58,779 | 60,933 | 19,969 | - | - | - | - | - | 206,543 |
| Renewals Automatically Processed Renewals Denied Non−Response | 101,814 | 91,319 | 98,842 | 90,473 | - | - | - | - | - | 382,448 |
| Transfers Manually Processed | | | | | | | | | | |
| Transfers Automatically Process | 124,208 | 103,395 | 80,024 | 64,650 | 67,221 | 68,026 | 69,560 | 63,624 | 60,545 | 701,253 |
| **Call Center** | | | | | | | | | | |
| Outbound Dialer Calls | 131,448 | 77,009 | 116,813 | 30,197 | 4,999 | 5,491 | 4,429 | 5,486 | 3,270 | 379,144 |
| Interactive Voice Response System Handled Calls | 206,604 | 172,398 | 86,818 | 42,575 | 32,342 | 60,551 | 40,985 | 36,354 | 34,856 | 713,482 |
| Person Handled Calls in English/Spanish/TTY | 294,667 | 242,092 | 219,965 | 15528 | 104,162 | 11261 | 10097 | 89,685 | 84,938 | 1,404,335 |
| Person Handled Calls in Other Languages | 21,956 | 119,183 | 19,646 | 15,373 | 7,816 | 7,170 | 6,949 | 5,790 | 4,707 | 108,592 |
| Outbound Automated Text Rate (for Reminders only) | 150,158 | 152,822 | 134,282 | 18,010 | - | - | - | - | - | 455,272 |

**MAXIMUS QRM Client Satisfaction Survey Score (possible 5.0)**

- **2019** Summary not completed
- **2020** During these unprecedented times, the QRM team received notification that MAXIMUS Leadership has decided to suspend all activities related to the 2020 Client Satisfaction Survey until further notice. The Executive Committee of MAXIMUS will evaluate when the timing may be right to reengage with our clients on this topic.

**NOTES FROM PROGRAM REVIEW MEETINGS**

| Version History | | |
|---|---|---|
| **Date** | **Comments** | **Person Responsible** |
| 2/6/2019 | Summary draft sent to Robert Tuller for completion and approval | Lynda Ferrell |
| 2/28/2019 | Returned Summary Draft to Lynda Ferrell for feedback. | Robert Tuller |
| 3/1/2019 | Summary draft back to Robert for review, completion and approval | Lynda |
| 3/25/2019 | Advised that Robert is no longer with MAXIMUS. Summary sent to Maurice Franklin for completion and approval. | Lynda |
| 3/25/2019 | Missing content provided, corrections made, submitted as final to Lynda | Maurice Franklin |
| 3/25/2019 | Summary reviewed and published as submitted, with formatting edits | Lynda |
| 8/23/2019 | Summary sent to Maurice Franklin for update and approval | Lynda |
| 10/1/2019 | Revised, returned, and approved by Maurice Franklin | Maurice Franklin |
| 10/1/2019 | Summary reviewed and published as submitted with minor formatting edits | Lynda |
| 3/4/2020 | Summary sent to Maurice Franklin for review, update and approval | Lynda |
| 3/27/2020 | Revised summary to include updated FTE, IT PM, metrics, returned, and approved by Maurice Franklin | Maurice Franklin |
| 3/31/2020 | Summary reviewed and published as submitted | Lynda |
| 8/6/2020 | Summary sent to Maurice Franklin for review, update and approval | Lynda |
| 10/6/2020 | Content revised due to Amendment and updated, approval via email Maurice F. | Colleen Duke |
| 10/7/2020 | Summary reviewed and published as submitted with addition of performance data supplied by Colleen and reformatted by Lynda | Lynda |
| | | |
| | | |
| | | |
| | | |
| | | |

# EXHIBIT I



VP - Child Support

**Phone Number** +1 (312) 6659826 (Landline)
+1 (773) 7498238 (Mobile)
**Email Address** mauricefranklin@maximus.com
**Location** US - IL - Remote
Nancy Kim (16638)
Manager
**Cost Center** 01.030.310.001 HUMAN_CSE/ADMIN

## Job

**Professional Profile**

Statements

Job History

Education

**Education** Purdue University-Main Campus
A.A. in Criminal Science

**Education** Purdue University-Main Campus
A.A. in Criminal Science

**Education** Pyzdek Institute
A.A. in Business Administration/Management

Skills

Business Analysis

Business Process

**Job Details**

Upload My Experience

MAXIMUS Special Projects

Business Strategy

call center

Contact Tracing

Critical Thinking

Customer Relations

Customer Service Management

Employee Engagement

Escalation Resolution

Leadership

Lean Six Sigma

Management

Microsoft Office

Mobile Apps

Multi-Site Operations

Product Knowledge

Professionalism

Strategic Planning

Strategic Selling

Team Building

View Worker: Maurice Franklin (13496)

## Job Details

| | |
|---|---|
| **Employee ID** | 13496 |
| **Supervisory Organization** | MAXIMUS (Top Level) >> HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |
| **Position** | VP - Child Support |
| **Business Title** | VP - Child Support |
| **Job Profile** | VP - Child Support |
| **Employee Type** | Regular |
| **Management Level** | Vice President |
| **Time Type** | Full time |
| **FTE** | 100.00% |
| **Location** | US - IL - Remote |
| **Hire Date** | 08/25/2008 |
| **Original Hire Date** | 08/16/2001 |
| **Continuous Service Date** | 09/08/2005 |
| **Length of Service** | 15 year(s), 9 month(s), 1 day(s) |
| **Time in Position** | 12 year(s), 9 month(s), 15 day(s) |
| **Time in Job Profile** | 12 year(s), 9 month(s), 15 day(s) |

Contact Information - Public

| | |
|---|---|
| **Phone** | +1 (312) 6659826 (Landline) |
| | +1 (773) 7498238 (Mobile) |
| **Email** | mauricefranklin@maximus.com |
| | Mauricefranklin@maximus.com |

Work Address

Remote Location Address
Remote, IL 62707
United States of America

## Manager History

Manager History

| Position | Start Date | End Date | Manager | Manager History | |
|---|---|---|---|---|---|
| | | | | Managed From | Managed To |
| VP - Child Support | 08/25/2008 | | Nancy Kim (16638) | | |
| | | | Kelly Blaschke Trehame (0675) | 05/02/2021 | 05/01/2021 |
| | | | Laura Rosenak (50371) | 01/03/2021 | 01/02/2021 |
| | | | Kathleen Kerr (23246) | 04/30/2012 | 04/29/2012 |
| | | | | 08/25/2008 | |

# Management Chain

## Supervisory Management Chain

| Organization | Manager | Phone Number |
|---|---|---|
| MAXIMUS (Top Level) | | |
| HO OFFICE OF CEO_CEO (Bruce Caswell (22700)) | Bruce Caswell (22700) | +1 (703) 2518460 (Landline) |
| HEALTH GROUP/MGMT_US HEALTH & HUMAN (Ilene Baylinson (01144)) | Bruce Caswell (22700) | +1 (703) 2518460 (Landline) |
| | Ilene Baylinson (01144) | +1 (202) 4946303 (Mobile) |
| | | +1 (703) 2518360 (Landline) |
| HLTH EAST/ADMIN_GROUP PRESIDENT (Kathleen Kerr (23246)) | Kathleen Kerr (23246) | +1 (512) 4238166 (Mobile) |
| | | +1 (512) 4238166 (Mobile) |
| HUMAN WFS/PROJECTS_WRKFRC SVCS (Kelly Blaschke Trehame (06757)) | Kelly Blaschke Trehame (06757) | +1 (414) 7457473 (Mobile) |
| | | +1 (414) 7457473 (Mobile) |
| HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) | Nancy Kim (16638) | +1 (410) 8844158 (Landline) |
| | | +1 (410) 9497380 (Mobile) |

# Organizations

## Member of These Organizations

| Organization | Organization Type | Organization Subtype |
|---|---|---|
| MBP00302 Human Child Support | Bonus-Merit Group/Project ID | Project - MBP |
| Maximus Services LLC | Company | Company |
| Child Support (CSE) Division | Cost Center Hierarchy | Division |
| 01.030.310.001 HUMAN, CSE/ADMIN | Cost Center | Human Services North America |
| LH-US - IL - Remote | Location Hierarchy | Location |
| Weekly Pay Group | Pay Group | Pay Group |
| HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) | Supervisory | Supervisory Org |

## Manager/Leader of These Organizations

| Organization | Type | Organization Role |
|---|---|---|
| HUMAN, CSE/ADMIN_CHILD SUPPORT (Maurice Franklin (13496)) | Supervisory | Manager |

# Worker History

## Worker History

| Business Process | Effective Date | Initiated On | Due Date | Completed On | Status |
|---|---|---|---|---|---|
| FY 2021 MBP Goal Setting: Maurice Franklin (13496) | 09/30/2021 | 12/22/2020 08:24:50 AM | 01/05/2021 | 01/29/2021 03:16:40 PM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 06/04/2021 | 06/04/2021 08:47:13 AM | 06/06/2021 | 06/04/2021 02:24:44 PM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 06/03/2021 | 06/01/2021 08:55:14 AM | 06/03/2021 | 06/02/2021 03:25:00 PM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 05/27/2021 | 05/26/2021 01:00:35 PM | 05/28/2021 | 05/26/2021 01:01:52 PM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 05/19/2021 | 05/19/2021 07:11:54 AM | 05/21/2021 | 05/19/2021 03:22:03 PM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 05/13/2021 | 05/12/2021 03:00:24 PM | 05/14/2021 | 05/12/2021 04:17:04 PM | Successfully Completed |

| Business Process | Effective Date | Initiated On | Due Date | Completed On | Status |
|---|---|---|---|---|---|
| Time Off Correction: Maurice Franklin (13496) | 05/12/2021 | 05/12/2021 03:00:03 PM | 05/14/2021 | 05/12/2021 04:16:56 PM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 05/10/2021 | 05/10/2021 07:11:46 AM | 05/12/2021 | 05/10/2021 07:17:25 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 04/19/2021 | 04/08/2021 05:51:54 AM | 04/10/2021 | 04/08/2021 10:55:26 AM | Successfully Completed |
| Compensation Change: Maurice Franklin (13496) - VP - Child Support | 01/31/2021 | 02/01/2021 12:20:41 PM | | 02/01/2021 12:20:41 PM | Successfully Completed |
| Contact Change: Maurice Franklin (13496) | 01/11/2021 | 01/11/2021 08:25:15 AM | | 01/11/2021 08:25:52 AM | Successfully Completed |
| Manage Goals: Maurice Franklin (13496) | 12/21/2020 | 12/21/2020 12:02:44 PM | 12/23/2020 | 12/21/2020 12:02:44 PM | Successfully Completed |
| Manage Goals: Maurice Franklin (13496) | 12/21/2020 | 12/21/2020 11:35:18 AM | 12/23/2020 | 12/21/2020 11:35:18 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 12/21/2020 | 12/15/2020 06:00:42 PM | 12/17/2020 | 12/18/2020 08:04:50 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 11/24/2020 | 11/17/2020 06:16:43 AM | 11/19/2020 | 11/23/2020 09:33:59 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 10/16/2020 | 10/15/2020 04:57:03 PM | 10/17/2020 | 10/15/2020 05:13:11 PM | Successfully Completed |
| Add Goals: Maurice Franklin (13496) | 09/30/2020 | 10/15/2020 11:26:20 AM | 10/17/2020 | 10/15/2020 11:26:20 AM | Successfully Completed |
| FY 2020 MBP Performance Evaluation Modified: Maurice Franklin (13496) | 09/30/2020 | 09/29/2020 12:14:10 PM | | 12/14/2020 09:46:25 AM | Successfully Completed |
| FY 2020 MBP Goal Setting: Maurice Franklin (13496) | 09/30/2020 | 12/09/2019 02:24:36 PM | 12/23/2019 | 01/27/2020 07:41:23 AM | Successfully Completed |
| Compensation Change: Maurice Franklin (13496) - VP - Child Support | 09/20/2020 | 09/22/2020 02:07:43 PM | | 09/22/2020 02:07:43 PM | Successfully Completed |
| COVID-19 High-Risk Attestation Form:Maurice Franklin (13496) | | 08/12/2020 09:56:47 AM | 08/19/2020 | 08/14/2020 01:31:02 PM | Successfully Completed |
| Contact Change: Maurice Franklin (13496) | 06/25/2020 | 06/25/2020 07:11:20 PM | | 06/26/2020 11:46:34 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 06/03/2020 | 06/01/2020 08:02:02 AM | 06/03/2020 | 06/04/2020 07:09:54 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 05/21/2020 | 05/19/2020 03:32:28 PM | 05/21/2020 | 06/04/2020 07:09:59 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 03/19/2020 | 03/19/2020 12:35:03 AM | 03/20/2020 | 03/19/2020 07:07:54 AM | Successfully Completed |
| Manage Education: Maurice Franklin | | 01/31/2020 07:52:37 AM | | 02/27/2020 07:15:55 AM | Successfully Completed |
| Manage Education: Maurice Franklin | | 01/31/2020 07:34:03 AM | | 01/31/2020 07:34:03 AM | Successfully Completed |
| Contact Change: Maurice Franklin (13496) | 01/02/2020 | 01/02/2020 07:45:33 AM | | 01/02/2020 07:45:33 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 11/25/2019 | 11/20/2019 06:07:06 PM | 11/22/2019 | 11/22/2019 09:27:15 AM | Successfully Completed |
| Manage Goals: Maurice Franklin (13496) | 10/14/2019 | 10/14/2019 01:54:57 PM | | 10/14/2019 01:54:57 PM | Successfully Completed |
| MBP Performance Evaluation: Maurice Franklin (13496) | 09/30/2019 | 09/30/2019 02:02:21 PM | 10/14/2019 | 10/14/2019 04:18:24 PM | Cancelled |
| Add Goals: Maurice Franklin (13496) | | 08/28/2019 04:28:08 PM | 08/30/2019 | 08/28/2019 04:28:08 PM | Successfully Completed |
| Add Goals: Maurice Franklin (13496) | | 08/28/2019 04:09:28 PM | 08/30/2019 | 08/28/2019 04:09:28 PM | Successfully Completed |
| Add Goals: Maurice Franklin (13496) | | 08/28/2019 03:37:35 PM | 08/30/2019 | 08/28/2019 03:37:35 PM | Successfully Completed |
| Add Goals: Maurice Franklin (13496) | | 08/28/2019 02:59:29 PM | 08/30/2019 | 08/28/2019 02:59:29 PM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 08/01/2019 | 07/23/2019 03:24:44 PM | 07/25/2019 | 07/24/2019 02:02:35 PM | Successfully Completed |
| Manage Talent Statements: Maurice Franklin | | 07/24/2019 09:24:40 AM | | 07/24/2019 09:24:40 AM | Successfully Completed |
| Personal Information Change: Maurice Franklin (13496) | | 07/24/2019 05:42:18 AM | | 07/24/2019 05:42:18 AM | Successfully Completed |
| Goal Setting (MBP): Maurice Franklin (13496) | | 11/05/2018 09:38:32 AM | 11/19/2018 | 11/27/2018 11:57:32 AM | Successfully Completed |
| Time Off Correction: Maurice Franklin (13496) | 06/07/2019 | 06/04/2019 09:53:05 AM | 06/06/2019 | 06/04/2019 10:07:27 AM | Successfully Completed |
| Time Off Correction: Maurice Franklin (13496) | 06/06/2019 | 06/04/2019 09:52:52 AM | 06/06/2019 | 06/04/2019 10:07:31 AM | Successfully Completed |

| Business Process | Effective Date | Initiated On | Due Date | Completed On | Status |
|---|---|---|---|---|---|
| Time Off Correction: Maurice Franklin (13496) | 06/05/2019 | 06/04/2019 09:53:20 AM | 06/06/2019 | 06/04/2019 10:07:20 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 06/03/2019 | 04/22/2019 07:53:35 AM | 04/24/2019 | 04/22/2019 08:09:29 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 04/24/2019 | 04/22/2019 07:53:09 AM | 04/24/2019 | 04/22/2019 08:09:37 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 12/24/2018 | 12/18/2018 08:04:52 AM | 12/20/2018 | 12/18/2018 10:16:48 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 12/06/2018 | 12/05/2018 07:52:55 PM | 12/07/2018 | 12/06/2018 10:47:24 AM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 10/15/2018 | 10/15/2018 12:56:07 AM | 10/16/2018 | 10/15/2018 02:29:33 PM | Successfully Completed |
| MBP Performance Evaluation: Maurice Franklin (13496) | 09/28/2018 | 08/30/2018 10:39:23 AM | 09/13/2018 | 08/31/2018 03:16:06 PM | Successfully Completed |
| Compensation Change: Maurice Franklin (13496) - VP - Child Support | 09/16/2018 | 10/02/2019 07:48:14 AM | | 10/02/2019 07:48:14 AM | Successfully Completed |
| Compensation Change: Maurice Franklin (13496) - VP - Child Support | 09/16/2018 | 10/15/2018 02:06:07 PM | | 10/15/2018 02:06:07 PM | Successfully Completed |
| Compensation Change: Maurice Franklin (13496) - VP - Child Support | 09/16/2018 | 10/15/2018 01:27:55 PM | | 10/15/2018 01:27:55 PM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 08/23/2018 | 08/22/2018 09:09:23 PM | 08/24/2018 | 08/24/2018 09:01:21 AM | Successfully Completed |
| Add Goals: Maurice Franklin (13496) | | 08/17/2018 02:43:22 PM | 08/19/2018 | 08/17/2018 02:46:51 PM | Successfully Completed |
| Add Goals: Maurice Franklin (13496) | | 08/17/2018 02:33:38 PM | 08/19/2018 | 08/17/2018 02:34:14 PM | Successfully Completed |
| Add Goals: Maurice Franklin (13496) | | 08/14/2018 12:19:59 PM | 08/16/2018 | 08/14/2018 12:19:59 PM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | | 08/06/2018 08:40:26 PM | 08/08/2018 | 08/07/2018 12:42:12 PM | Successfully Completed |
| Manage Goals: Maurice Franklin (13496) | 07/19/2018 | 07/19/2018 12:55:35 PM | | 07/19/2018 12:55:35 PM | Successfully Completed |
| Time Off Request: Maurice Franklin (13496) | 07/02/2018 | 06/29/2018 01:38:13 AM | 06/30/2018 | 06/29/2018 07:58:47 AM | Successfully Completed |
| Photo Change: Maurice Franklin (13496) | | 06/21/2018 09:26:26 PM | | 06/25/2018 08:02:01 AM | Successfully Completed |
| Contact Change: Maurice Franklin (13496) | 06/21/2018 | 06/21/2018 11:00:31 AM | | 06/25/2018 05:48:36 AM | Successfully Completed |
| Contact Change: Maurice Franklin (13496) | 06/20/2018 | 06/20/2018 04:45:07 PM | | 06/20/2018 04:45:07 PM | Successfully Completed |
| Veteran Status Identification: Maurice Franklin (13496) | 05/24/2018 | 05/24/2018 09:11:38 AM | | 05/24/2018 09:11:38 AM | Successfully Completed |
| Service Dates Change: Maurice Franklin (13496) | 05/23/2018 | 05/23/2018 02:05:19 PM | | 05/23/2018 02:05:19 PM | Successfully Completed |
| ID Change: Maurice Franklin (13496) | | 05/23/2018 12:21:46 PM | | 05/23/2018 12:21:46 PM | Successfully Completed |
| Personal Information Change: Maurice Franklin (13496) | | 05/23/2018 10:24:05 AM | | 05/23/2018 10:24:05 AM | Successfully Completed |
| Compensation Change: Maurice Franklin (13496) - VP - Child Support | 01/01/2018 | 05/29/2018 01:29:20 PM | | 05/29/2018 01:29:20 PM | Successfully Completed |
| Compensation Change: Maurice Franklin (13496) - VP - Child Support | 01/01/2018 | 05/29/2018 01:18:08 PM | | 05/29/2018 01:18:08 PM | Successfully Completed |
| Compensation Change: Maurice Franklin (13496) - VP - Child Support | 10/01/2013 | 05/29/2018 12:51:43 PM | | 05/29/2018 12:51:43 PM | Successfully Completed |
| Hire: Maurice Franklin (13496) | 08/25/2008 | 05/23/2018 07:59:51 AM | | 05/23/2018 07:59:51 AM | Successfully Completed |

## Contact

## Contact

Home Contact Information

## Addresses

| Address | Usage | Visibility | Shared With | Effective Date |
|---|---|---|---|---|
| 200 East Illinois Unit 1607 chicago, IL 60611 United States of America | Home (Primary) Mailing | Private | | 01/11/2021 |
| 17716 Robusta Dr Riverside, CA 92503 United States of America | Home Street Address | Private | | 01/11/2021 |

## Phones

| Phone Number | Device | Usage | Visibility | Shared With |
|---|---|---|---|---|
| +1 (773) 7498238 | Mobile | Home (Primary) | Public | |
| +1 (312) 6099739 | Mobile | Home | Private | |

## Email Addresses

| Email Address | Usage | Visibility |
|---|---|---|
| Mauricefranklin@maximus.com | Home (Primary) | Public |

## Work Contact Information

## Addresses

| Address | Usage | Visibility | Effective Date |
|---|---|---|---|
| Remote Location Address Remote, IL 62707 United States of America | Business (Primary) | Public | 01/17/2021 |

## Phones

| Phone Number | Device | Usage | Visibility |
|---|---|---|---|
| +1 (312) 6659826 | Landline | Work (Primary) | Public |

## Email Addresses

| Email Address | Usage | Visibility |
|---|---|---|
| mauricefranklin@maximus.com | Work (Primary) | Public |

View Worker: Maurice Franklin (13496)

06:13 AM
06/09/2021
Page 8 of 17

## Emergency Contacts

No Emergency Contacts

## Support Roles

| Assignable Role | Worker | Role Enabled |
| --- | --- | --- |
| Absence Partner (Supervisory) | Alexandra Hetherson (377833)<br>Andrea Burgess (239631)<br>Andrea Frazier (254708)<br>Andrew Palumbo (130840)<br>Christopher Welcker (250447)<br>Coy Martin (228698)<br>Cyndee Adams (226741)<br>Cynthia Brown (229580)<br>Demetrius Bellamy (307602)<br>Denise Romero (273955)<br>Erica Stageman (125501)<br>Estella Phillips (236573)<br>Falon Hatfield (237723)<br>Gabriel Vazquez (316922)<br>Heather Meadors (237421)<br>Kristin Kopp (248392)<br>Lauren Geetz (370031)<br>Melinda Kensinger (321517)<br>Nisha Bryan (239267)<br>Nora Cox (237620)<br>Stephanie Wagers (282969)<br>Tammy Null (226369) | HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |
| Compensation Planner | Kathleen Kerr (23246)<br>Kim Colbeck (36626) | MBP003302 Human Child Support |
| Finance Executive | Rick Nadeau (73577) | HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |
| Finance Partner | Enomwoyi Woods (53213) | HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |
| HR Analyst (Supervisory) | Melissa Janowski (57095)<br>Patty Kelly (251956) | HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |
| HR Executive (Supervisory) | Kim Colbeck (36626) | HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |
| HR Partner (Supervisory) | Melissa Janowski (57095) | HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |
| Manager | Nancy Kim (16638) | HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |
| Operations Analyst | Nancy Kim (16638) | HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |
| Operations Executive | Kathleen Kerr (23246) | HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |
| Operations Partner | Kelly Blaschke Treharne (06757) | HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |
| Recruiter | Melissa Janowski (57095)<br>Patty Kelly (251956) | HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638)) |

## Personal

## Personal Information

## Personal

|  |  |
|---|---|
| **Gender** | Male |
| **Date of Birth** | 06/03/1977 |
| **Age** | 44 years, 0 months, 6 days |
| **Country of Birth** | |
| **City of Birth** | |
| **Marital Status** | |
| **Race/Ethnicity** | Black (United States of America) |
| **Citizenship Status** | Citizen (United States of America) |

## IDs

### Employee ID

| Employee ID |
|---|
| 13496 |

### National IDs

| Country | National ID Type | Identification # | Issued Date | Expiration Date | Issued By | Series | Verification Date | Verified By |
|---|---|---|---|---|---|---|---|---|
| United States of America | Social Security Number (SSN) | XXX-XX-XXXX | | | | | | |

### Other IDs

| Other ID Type | Organization | Description | Identification # | Issued Date | Expiration Date |
|---|---|---|---|---|---|
| ICIMS ID | | | 12973 | 05/17/2018 | |

## Documents

### Reviewed Documents

#### Standard Documents

| Document | Effective Date | Document Attachment | Signature Type | Signed By | Signature Date | Signature Statement |
|---|---|---|---|---|---|---|
| COVID-19 High-Risk Attestation Form | 08/12/2020 | COVID-19 High Risk Attestation.pdf | Acknowledgment | Maurice Franklin (13496) | 08/14/2020 01:31:02 PM | I have reviewed the Center for Disease Control (CDC) website regarding high-risk conditions and understand the information. I further acknowledge that checking the box is equivalent to a handwritten signature. |

## Names

## Legal Name

| Legal Name | Name |
|---|---|
| Maurice Franklin | |

## Preferred Name

| Preferred Name | Name |
|---|---|
| Maurice Franklin | |

## Compensation

## Compensation

## Totals

| Totals | Currency | Frequency |
|---|---|---|
| Total Base Pay | | |
| 124,000.00 USD | Annual | |

## Compensation

## Plan Assignments

**Company** Maximus Services LLC

| Effective Date | Plan Type | Compensation Plan | Assignment |
|---|---|---|---|
| 12/29/2019 | Salary | Salary Plan | 124,000.00 USD Annual |
| 09/20/2020 | Merit | MBP Merit Plan | 0.00% Annual |
| 09/16/2018 | Bonus | Management Bonus Plan | 17.5% Annual: Individual Target |
| 01/01/2018 | Stock | MBP Stock Plan | |

## Pay Change History

## Pay Change History

| Effective Date | Compensation Action | Reason | Total Base Pay | Currency | Frequency |
|---|---|---|---|---|---|
| 12/29/2019 | Merit Compensation Change | Merit > Merit > Merit | 124,000.00 USD | | Annual |
| 12/30/2018 | Merit Compensation Change | Merit > Merit > Merit | 120,000.00 USD | | Annual |
| 01/01/2018 | Ad-hoc Compensation Change | Request Compensation Change > Conversion > Conversion | 102,000.00 USD | | Annual |

## Performance

## Performance Reviews

Completed

## Performance

Completed

| Review | Review Period | | Manager Rating |
|---|---|---|---|
| | Start Date | End Date | |
| FY 2021 MBP Goal Setting: Maurice Franklin (13496) | 10/01/2020 | 09/30/2021 | |
| FY 2020 MBP Performance Evaluation Modified: Maurice Franklin (13496) | 10/01/2019 | 09/30/2020 | Meeting/Exceeding Expectations |
| FY 2020 MBP Goal Setting: Maurice Franklin (13496) | 10/01/2019 | 09/30/2020 | |
| Goal Setting (MBP): Maurice Franklin (13496) | 11/05/2018 | 06/30/2019 | |
| MBP Performance Evaluation: Maurice Franklin (13496) | 10/02/2017 | 09/28/2018 | Above Expectations |

## Individual Goals

| Goal Section Group | Goal | Description | Category | Status | Weight | Due Date |
|---|---|---|---|---|---|---|
| Not Started | Contribute to the company goal to reduce Voluntary first year employee turnover by: | Voluntary first year employee turnover targets a reduction of voluntary turnover in the first year of service among the employee population(excluding limited service or seasonal workers). Maximus has set the following goal for FY2021 to decrease to voluntary first year employee turnover: • Threshold:83.7% • Target:78.33% • Outperform:73.6% | Employee Engagement | Not Started | 10 | 09/30/2021 |
| In Progress | Continuing New Hire monthly newsletter Participating in DE&I Forums Developing Succession plans for portfolio Setting an expectation of professional development for staff, especially newly hired staff, within portfolio Achieve Planned Sales by winning rebids, expansions | Sales, Annual Contract Value, as recorded by Business Development Team. | Growth | Partially Complete | 40 | 09/30/2021 |

| Goal Section Group | Goal | Description | Category | Status | Weight | Due Date |
|---|---|---|---|---|---|---|
| In Progress | from our current client base, and expanding into new markets. FY21 - Achieve FY21 Planned Gross Profit for Assigned Portfolio | Gross Profit as recorded by Finance | Profitability | Partially Complete | 25 | 09/30/2021 |
| In Progress | FY21 - Achieve FY21 Planned Revenue for Assigned Portfolio | Revenue as recorded by Finance. | Profitability | Partially Complete | 15 | 09/30/2021 |
| In Progress | Deliver operational excellence with a strong focus on billing integrity and delivering excellent operational performance on KPRs. | *Customer SAT survey,* Actual survey results on a 5 point scale converted to percentage. KPR's met. Goal = 4.35 (.85), no new HPPs/remedy existing HPP, and ensure billing integrity through controls in all projects. | Quality | Partially Complete | 10 | 09/30/2021 |

## Archived Goals

| Goal | Goal Category | Status |
|---|---|---|
| Deliver operational excellence with a strong focus on billing integrity and delivering excellent operational performance on KPRs. | Quality | Partially Complete |
| Develop and implement successful relationship management internally and externally. | Human Resources/Development | Partially Complete |
| FY20 - Achieve FY20 Planned Gross Profit for Assigned Portfolio | Profitability | Partially Complete |
| FY20 - Achieve FY20 Planned Revenue for Assigned Portfolio | Profitability | Partially Complete |
| FY20 - Achieve Planned Sales by winning rebids, expansions from our current client base, and expanding into new markets. | Growth | Partially Complete |
| Goal 1: Strengthen succession management and capacity planning practices | Human Resources/Development | |
| Goal 2: •Team with other business organizations and cross sell Company's services•Develop strategic relationships with targeted clients or agencies and partners | Human Resources/Development | |

| Goal | Goal Category | Status |
|---|---|---|
| •Achieve DSOs quarterly at 65 days or better•Achieve Gross Margin and Operating Profit in concert with 2019 Plan commitment •Successful launch of new projects | Profitability | |
| •Awarded 100% of option renewals•Win 95% re-bids (calculating revenue)•Achieve new work Annual Contract Value (ACV)* of 10% of FY18 revenue •Achieve revenue of based on your LOB's 2019 Plan-Continue the design and implementation of technology enhancements for your LOBs | Growth | |
| •Client satisfaction surveys average score of 4.45 or greater•Ensure billing integrity through established QA and financial controls in all projects•Avoidance of new major HPP / remedy existing HPP | Quality | |
| Achieve a consistent level of productivity and demonstrate our corporate values in all that you do. | Human Resources/Development | Successfully Complete |
| •Achieve DSOs quarterly at 65 days or better•Achieve $4,357,304.00 M of Operating Income across the Child Support Division and $474,660.00 for the BEAS Division•Successful launch of new projects | Profitability | Successfully Complete |
| •Awarded 100% of option renewals for all projects within purview•Win 95% re-bids (calculating revenue) for bids/contracts within purview•Achieve new work Annual Contract Value (ACV)* of 10% of FY17 revenue ($6.5M) at the Division level•Achieve revenue of $46,341,478 M across the CS Division and $6,500.00 M for BEAS•Continue the design and implementation of technology enhancements | Growth | Successfully Complete |
| •Client satisfaction surveys average score of 4.45 or greater•Ensure billing integrity through established QA and financial controls in all projects•Avoidance of new major HPP / remedy existing HPP | Quality | Successfully Complete |
| •Strengthen succession management and capacity planning practices•Team with other business organizations and cross sell Company's services•Develop strategic relationships with targeted clients or agencies | Human Resources/Development | Successfully Complete |

# Career

## Job History

none entered

## Career Interests

none entered

## Certifications

none entered

## Achievements

none entered

## Education

none entered

| Education | | | |
|---|---|---|---|
| School | Degree | Field of Study | |
| Purdue University-Main Campus | A.A. | Criminal Science | |
| Purdue University-Main Campus | A.A. | Criminal Science | |
| Pyzdek Institute | A.A. | Business Administration/Management | |

**Job Interests**

none entered

**Languages**

none entered

**MAXIMUS Special Projects**

none entered

**Professional Affiliations**

none entered

**Relocation**

none entered

**Travel**

none entered

**Training**

none entered

**Work Experience**

none entered

**Feedback**

**Feedback Received**

| Feedback Received | | | |
|---|---|---|---|
| | Date | From | Feedback |

**Feedback Requested**

Feedback Requested

| Question | Status | Request Date | From | Feedback | Relates To |
|----------|--------|--------------|------|----------|------------|

## Professional Profile

### Feedback

Feedback

### Job Details

Job Details

**Employee ID**    13496

**Supervisory Organization**    MAXIMUS (Top Level) >> HUMAN TAX/ADMIN_EMPLYR SVCS (Nancy Kim (16638))

**Position**    VP - Child Support

**Business Title**    VP - Child Support

**Job Profile**    VP - Child Support

**Employee Type**    Regular

**Management Level**    Vice President

**Time Type**    Full time

**FTE**    100.00%

**Location**    US - IL - Remote

**Hire Date**    08/25/2008

**Original Hire Date**    08/16/2001

**Continuous Service Date**    09/08/2005

**Length of Service**    15 year(s), 9 month(s), 1 day(s)

**Time In Position**    12 year(s), 9 month(s), 15 day(s)

**Time In Job Profile**    12 year(s), 9 month(s), 15 day(s)

### Contact Information - Public

**Phone**    +1 (312) 6659826 (Landline)
+1 (773) 7498238 (Mobile)

**Email**    mauricefranklin@maximus.com
Mauricefranklin@maximus.com

### Work Address

Remote Location Address
Remote, IL 62707
United States of America

### Skills

Skills

Business Analysis

Business Process

Business Strategy

call center

Contact Tracing

Critical Thinking

Customer Relations

Customer Service Management

Employee Engagement

Escalation Resolution

Leadership

Lean Six Sigma

Management

Microsoft Office

Mobile Apps

Multi-Site Operations

Product Knowledge

Professionalism

Strategic Planning

Strategic Selling

Team Building

View Upcoming Absences

Upcoming Absences

No upcoming absences in the next 30 days.

View Worker: Maurice Franklin (13496)

# EXHIBIT J

# MAXIMUS

# FY21 STRATEGY & OPERATING PLANS

Maurice Franklin Portfolio:

- California LifeLine
- California Benefits Eligibility and Assessment Services (BEAS)
- Specialized Services - Child Support (Illinois & Others)
- New Hire – including ESP development & National Outreach

07/2020

# Market Outlook

## MMS Competitive Strengths:

- Digital solutions have been implemented for child support lines of business (e.g. mobile apps, Employer Services Portal (ESP))
- Long-standing and positive client relationships
- Ability to procure outside of Maximus for digital solutions

## MMS Competitive Weaknesses:

- Bidding a fully developed product that is not yet fully developed. Results in unrealistic client expectations at go-live.
- Lack of business development support
- Weak bid strategy – PMs and operations staff are expected to be strategists and writers
- Lag between identification of market needs and development of Maximus solution
- Cost – Internal Maximus resources drive prices out of competitive range
- Vendor vetting and agreements

# Vision Statement



**2021 Vision**

Maintain and expand current contracts and customer relationships while exploring opportunities in current and adjacent markets.

**01** Maintain current contracts and respond to new business opportunities

**02** Pitch added value and extended business solutions for current New Hire contracts

**03** Promote excellent client relationships. Achieve client satisfaction survey ratings of 4.5 or better

**04** Explore new business opportunities in current and adjacent markets, including those created by COVID-19.

# Portfolio



## Customer Positioning

- Strong and long-term customer relationships on most contracts
- On average, high Satisfaction Scores from clients at an average of 4.7% (2019 scores)
- Trusted advisor on many contracts

## Pain Points

- Logistical and budgetary impacts of COVID-19
- Outdated systems (state and internal)
- Multiple, concurrent ESP implementations

## Priorities

- ESP implementation, stabilization and completion
- Expansion of electronic solutions to replace paper processes
- Planning for influx of work post-pandemic
- Generating greater volumes for all contracts

## Growth

- Illinois Child Support – working with state to implement more streamlined electronic solutions
- CA LifeLine – client not accepting contract amendments
- New Hire –
  - Potential to pitch value-add services for both ESP and chat
  - Expand into non-privatized states
- BEAS – Working with El Dorado County as a hub to partner with neighboring counties

## Environment

- Traditionally this has been a stagnant market.
- Due to COVID-19, the market is unpredictable
- We will monitor for opportunities
- Political climate could influence opportunities

## Opportunities

- Anticipated contract renewal in FY21:
  - CA LifeLine
  - AZ New hire
- Anticipated rebids in FY21:
  - DE New Hire
  - MN New Hire
  - PA New Hire
  - Riverside Foster Care and HDAP
  - Riverside Home Safe
- Anticipated New Work:
  - IN New Hire and NMSN
  - GA New Hire

# Map of Targeted Service Offerings



6 | MAXIMUS    (CONFIDENTIAL)

# SWOT ANALYSIS



## S — Strengths

- Experienced state parter delivering quality services
- High client satisfaction & positive relationships
- Innovative approach to problem solving
- Flexible WFH Modeling during pandemic

## O — Opportunities

- Rising need for electronic (replacing paper) solutions
- Need to replace outdated systems
- Overwhelmed human services agencies looking for pandemic support: call center, processing, staffing, etc.

## W — Weaknesses

- Cost competitiveness
- Lack of BD resource
- Lack of Capture and writing Resources, particularly on small bids

## T — Threats

- Competitors have lightweight IT solutions and lower cost structure
- Meeting market demands for salaries

Case: 1:21-cv-04367 Document #: 64 Filed: 05/25/22 Page 61 of 112 PageID #:513

# Portfolio Overview  1 of 5

| Contract | Contract Value | Pain Points | Priorities | Upcoming Rebid or New Opportunities (FY21 rebids/renewals) | MAXIMUS Customer Positioning |
|---|---|---|---|---|---|
| Illinois Modifications and Employer Related Services | • Contract Value: $31,294,975.80 | • Client somewhat open to results driven value-add services | • Client focus on optimizing value for cost<br>• COVID-19 budget and logistical impacts | • Flexibility and expansion of electronic services to address pandemic issues<br>• Base Term ends 6/20/24<br>• Renewal options end 6/20/29 | • Strong, long-term relationship<br>• Customer satisfaction rated 5 every year since 2016 |
| California LifeLine | • Contract Value: $35,878,242.50 (includes $1,090,035.30 of Mandatory-Optional Services)<br>• Client not accepting contract amendments; these require a new RFP.<br>• Note: To date (6/24/2020) Client has accepted $96,325 in Mandatory-Optional billed services. | • Contract amendments are painstakingly slow to approve.<br>• CA LifeLine Fund under stress due to State budget shortfall<br>• Tidal wave of work volume amassing due to Covid-19 related renewal suspensions. Catch up to begin in September '20. | • Internal focus on operational and system enhancements to lower on-going operational expenses | • **Base Term ends 7/29/2021**<br>• **Optional 1 Year Extension to 7/29/2022: $14,921,908.11 (includes $372,354.68 of Mandatory-Optional Services)**<br>• Optional 1 Year Extension to 7/29/2023: $14,965,338.96 (includes $381,665.26 of Mandatory-Optional Services)<br>• Note: MMS required to accept optional years if offered by Client. | • Project stabilized in Nov. 2019<br>• We have significantly improved upon the prior administrator's performance<br>• Viewed favorably by CPUC Service Providers<br>• Very responsive to continuous ad hoc data requests to support internal Client and Legislative inquiries<br>• Note: Client has yet to participate in MMS Customer Satisfaction Survey |
| CA El Dorado County SSI | • Contract Value: $250,000<br>• Sole Source Opportunity | • New project; juggling launch/new employee orientation remotely in COVID-19 Era | • Launching new project quickly to begin collecting revenue. | • Rebid Summer 2023<br>• Marketing to all neighboring counties same services so we may develop a centralized business model with El Dorado County as the hub; Client has reached out to counterparts in neighboring counties on our behalf. | • New relationship from marketing efforts; excited to start project. |

# Portfolio Overview 2 of 5

| Contract | Contract Value | Pain Points | Priorities | Upcoming Rebid or New Opportunities (FY22 rebids/renewals) | MAXIMUS Customer Positioning |
|---|---|---|---|---|---|
| CA Monterey County SSI | • Contract Value: $100,000 • Just renewed for another 3 years. | • N/A | • Staying on schedule to submit necessary amount of cases to capture entire CV | • Rebid Summer 2023 | • Strong, long-term relationship • Sole Sourced new contract for us • Foster Care clients are happy with service and price; looking for increase in awards. Not capturing entire CV |
| CA Riverside County SSI (Foster Care + HDAP) | • Contract Value: $881,146 | • Foster Care not obtaining required number of awards to maximize CV; • HDAP operations impacted by COVID-19 | • Increase awards on foster care side • Increase number of referrals on HDAP side; client is not doing enough on their end to provide us with the promised number of referrals. COVID-19 is playing some role, but these issues existed pre-pandemic | • **Rebid Spring 2021; HDAP has new round of funding** | • HDAP clients are happy with service; want to continue to receive more awards and increase number of clients served • Referred us to Home Safe for sole source opportunity |
| CA Riverside County SSI (Home Safe) | • Contract Value: $33,750 • Sole Source Opportunity | • New project; juggling launch/new employee orientation remotely in Covid-19 Era | • Launching new project quickly to begin collecting revenue. • Train new employee | • **Rebid Summer 2021** | • New relationship from marketing efforts; excited to start project. |
| CA San Francisco County SSI | • Contract Value: $506,397 • Won Rebid for another 5 years | • Recruiting a new part time person to satisfy the "must have rep onsite daily" SLA | • Hiring part time onsite person • Following up with SSA on past due applications/requests for account changes | • Rebid Spring 2024 | • Strong, long-term relationship • 5.0 on client satisfaction survey for multiple years. |

# Portfolio Overview 3 of 5

| Contract | Contract Value | Pain Points | Priorities | Upcoming Rebid or New Opportunities (FY21) rebids/renewals) | MAXIMUS Customer Positioning |
|---|---|---|---|---|---|
| Arkansas New Hire | • Contract Value: $820,300.00<br>• Client needs to be educated on value-add services (i.e. terminations) | • Client seems focused on traditional uses of new hire reporting<br>• Financial impact on budget after COVID-19 | • Increase volume and gain add-on services to increase financial budget of Arkansas project | • Renewal option ends 06/30/21<br>• Contract ends 06/30/2024 | • Strong long-term relationship<br>• Positive feedback from client when we have meetings. |
| Arizona New Hire | • $1,272,353 | • Dept. of Economic Security, Div of Child Support Services is working in virtual offices.<br>• As of July 1st they will permanently work from home. | • Providing employer services | • Term is 3 years from 2015.<br>• 4 additional 1-year renewals<br>• **January 1, 2020 – December 31, 2020 on Amendment 2.** | • Positive relationship. Customer has indicated they are very satisfied. They have reached out to MAXIMUS to ask for outreach in other areas not related to new hire. |
| Colorado New Hire | • Contract Value: $3,174,920.00<br>• Colorado and MMS agreed to implement ESP website so MMS can operate the New Hire website beginning 08/14/20.<br>• Colorado agreed to execute all three-option years on contract; project is funded through end of CY 2023. | • Impact of COVID-19 creates potential for Client to have budget restrictions, which could make future opportunities for further business with MMS and Colorado more difficult. | • Maintain CO New Hire SLAs and implement CO ESP website as project moves into executed amendment period beginning 07/01/20. ESP will be implemented for go-live on 08/14/20. | • Contract amendment to operate ESP website for CO New Hire signed on 06/18/20; project moves into executed option years starting 07/01/20. MMS will go live with CO ESP website on 08/14/20.<br>• Project contract amendment executed on 06/18/20 to operate contract through end of CY 2023. | • Strong and long-term relationship with CO New Hire Client reps Lexie Barath and Janine Archuleta.<br>• Client Survey ratings - rated 5 for customer satisfaction for the last several years |
| Delaware New Hire | • 648,163/ 49,998.96yr | • Old, outdated CS system | • Outreach and education to employers to increase compliance | • **Contract ends 02/01/2021** | • Strong long-term relationship<br>• Positive feedback from client when we have meetings. |

# Portfolio Overview 4 of 5

| Contract | Contract Value | Pain Points | Priorities | Upcoming Rebid or New Opportunities (FY21 rebids/renewals) | MAXIMUS Customer Positioning |
|---|---|---|---|---|---|
| Louisiana New Hire | • $252,000 | • Employer table needs maintenance. They continue to send too many IWOs to different addresses | • Outreach to employers impacted by COVID | • May 14, 2019 – May 13, 2022, + 2, 1yr options<br>• Client indicated need for employer maintenance and possible IWO cleanup | • Strong relationships with both Paternity and new hire programs. |
| Maryland New Hire | • $3,838,633.45 | • Development of MDTHINK and NSMN and IWO scope of work | • Outreach and education to employers to increase compliance.<br>• Improve compliance with NSMN and IWO | • Contract ends 12/16/2025 | • Strong long-term relationship.<br>• Collaborative effort in developing NSMN and IWO SOPs. |
| Michigan New Hire | • $4,548,890.00 | • COVID and moving employees to virtual offices. Challenges accessing MICSES. They did have layoffs in their collections team. | • Employer maintenance and address validation | • Contract ends 5/24/2026 + 3 1yr options. | • Good relationship with contract manager and support analysts |
| Minnesota New Hire | • $300,000.00 | • COVID-19 tele-working | • Security of data and procurement savings | • July 1, 2019 – June 30, 2021 | • Good relationship |
| Nebraska New Hire | • $2,143,050 | • The client is having us assist on special employer COVID-19 outreach | • Interested in upgraded technology | • Executed Last 3-year extension 9/22/19 | • Good relationship |
| Ohio New Hire | • Contract Value: $3,828,000.00<br>• Annual cost: $348,000.00 | • Client focus on optimizing value for cost<br>• COVID-19 budget and logistical impacts | • Flexibility and expansion of electronic services to address pandemic issues | • Contract Term ends 6/30/31 | • Strong, long-term relationship beginning 2015<br>• Awarded New Contract 5/8/20 |

# Portfolio Overview  5 of 5

| Contract | Contract Value | Pain Points | Priorities | Upcoming Rebid or New Opportunities (FY21 rebids/renewals) | MAXIMUS Customer Positioning |
|---|---|---|---|---|---|
| Pennsylvania New Hire | • $2,238,994.31 • For current contract per PO dated 10/12/18 | • COVID-19 budget and logistical impacts | • Outreach and education to employers to increase compliance | • Contract ends 09/1/2021 • Rebid in 9/2020 | • Strong long-term relationship • Positive feedback from client when we have meetings. |
| Wyoming New Hire | • $77,000 | • COVID-19 teleworking • Big job losses in oil and mining | • Innovative outreach • Technology | • July 1, 2018 – June 30, 2020 + 2 1yr options • Just executed first option year: June 30 2021 – June 30 2022 | • Great client relationship. • Willing to collaborate with Maximus. |

# Summary Information on Key Competitors - Child Support and New Hire

| Competitor | Revenue in this Market 2019 | Estimate on price competitiveness | Strengths | Weaknesses | How will we gain competitive advantage? |
|---|---|---|---|---|---|
| STELLARWARE Technology Innovation Partnership | $10M-$50M (est) | • Low price driver in New Hire Market<br>• Portal capability at low/no cost | • Lien Network<br>• Modern, web-based application<br>• TX ERMV ($12m value) | • MBE compliance in proposals<br>• High price when consolidated office not allowed<br>• Outreach materials /website innovations | • Employer Services Portal (ESP)<br>• Strong performance on existing contracts<br>• Establish MBE relationships pre-opportunity |
| VERITAS HHS | $11M (est) | • Competitive<br>• History of contract award when not low price vendor | • Strong personnel quals<br>• Client-specific data driven proposals<br>• Innovative | • Limited corp quals<br>• Limited bandwidth/funding<br>• Not always competitively priced | • Strong performance on existing contracts<br>• Results-driven proposals (strong proof points) |

# Strategic Objectives – New Hire



Maintain current contracts and respond to new business opportunities

## New Hire

❯ We have been successful at preserving most of our current contracts and will work to continue on this path during FY2021. We maintained and/or expanded our contracts in Ohio, Maryland, Colorado, Arkansas and Arizona. We also secured a new contract in Kentucky. We have also made progress in the development and implementation of the Employer Services Portal (ESP), which will position us to meet new hire contract requirements more precisely. We are on schedule to meet current implementation deadlines scheduled between May 29, 2020 and July 1, 2020. Other New Hire areas to develop and consider for increased contract values and new business in FY2021 are:

- Employer maintenance
- UIB matching process for Waste, Fraud & Abuse Detection
- Pursue and negotiate fixed price contracts

❯ We will continue to partner productively with our New Hire clients, while also responding to new RFPs and other opportunities.

# Strategic Objectives – BEAS



Maintain current contracts and respond to new business opportunities

## BEAS

✔ Our current BEAS contracts are holding steady. We have worked to improve communications and processes with our clients so that the application process runs more smoothly and efficiently.

✔ FY2020 has been one of our highest grossing years in Stanislaus County. We were able to work with the client to make process improvements that have resulted in our being able to file more cases, realize an increase in our budget and earn a one year contract extension.

✔ In Riverside County, we were able to attract additional revenue by extending our SSI advocacy services to additional populations.

✔ In San Francisco, we received a contract rebid and will continue to partner with the state for another five years.

✔ We may see decreased revenues, however, because the foster care population we serve is declining.

✔ We also passed the Social Security Administration's audit with flying colors.

✔ We will continue to grow this program area during FY2021.

# Strategic Objectives:
# LifeLine & National Outreach



Maintain current contracts and respond to new business opportunities

## LifeLine

✓ This program has stabilized in FY2020. We have worked out many vendor issues and we have improved client relations. This program will be maintained but will not be a key focal point for FY2021.

## National Outreach

✓ We have been able to maintain solid outreach activities in FY2020. This has included enhanced outreach to employers during the COVID-19 pandemic to keep them informed about how the pandemic impacts child support enforcement procedures.

✓ Outreach also conducted an employer survey that helped measure how employers would respond to the employment issues caused by the pandemic. Employer responses:

- 76% of employers did not have to close their business
- 56% of employers have not had to reduce hours or pay
- 64% of employers have not had to reduce their workforce
- 44% of employers have not had to reduce operations
- 61% of employers plan to re-open at the same hiring capacity

✓ This program will be maintained but will not be a key focal point for FY2021.

16 | MAXIMUS     (CONFIDENTIAL)

# Strategic Objectives



**02**

Pitch added value and extended business solutions for current New Hire contracts

- As we improve our technology with the development of our modular Employer Services Portal (ESP), we will work to leverage it to add value to our current contracts as well as extend business opportunities.

- Early feedback indicates that the current module being developed—New Hire—has the potential to improve reporting efficiencies.

- We currently are on schedule to meet implementation deadlines scheduled between May 29, 2020 and July 1, 2020.

- We will continue to identify and pursue added value and extended business opportunities for this business line.

# Strategic Objectives



**03**

Promote excellent client relationships. Achieve client satisfaction survey ratings of 4.5 or better

✔ Increased outreach to clients can help promote healthy partnerships. It can also create an environment for increased business opportunities and strong performance on client satisfaction surveys.

✔ We will continue to build solid client relationships and to strive for high client satisfaction, which can be levered to sustain current business and to drive new opportunities.

# Strategic Objectives

**04**

Explore new business opportunities in current and adjacent markets, including those created by COVID-19.

❮ As we continue to build and improve client relationships we will be better positioned to learn about and create new business opportunities to expand in our current market and to branch out into new ones.

❮ As a proven partner, we can use our past positive performance as a way to initiate conversations about available opportunities with our current clients or to have our current clients connect us with new opportunities.

❮ When conferences resume, we will continue our practice of surveying conference participants to get on the ground feedback about current needs and interests.

# Strategies & Tactics



Maintain current contracts and respond to new business opportunities

## Strategies:

✓ **New Hire**

- Work to accomplish smooth ESP implantations for our clients. Promote suggested added value solutions to advance performance and effectiveness while increasing revenue.

✓ **BEAS**

- Our SSI advocacy has grown from serving children in foster care to include people with disabilities and housing insecure populations. In Riverside County, we will work with the Housing and Disability Advocacy Program to provide SSI advocacy for its participants. We will also execute a new sole source contract with the County's Home Safe Program, which serves at-risk seniors. In addition at the suggestion of an El Dorado County program director, we will reach out to small neighboring counties to try and form a hub for SSI advocacy services. The hub would be based in El Dorado County and follow its model. If we are successful in creating this collective it will allow us to expand our services to about five additional counties.

## Tactics:

✓ **New Hire**

- Continue timely development and implementation of ESP
- Identify and market added value solutions for each client
- Connect regularly with clients to get feedback about how we can assist them with COVID-19 responses

✓ **BEAS**

- Investigate additional revenue sources that are available for SSI/SSA advocacy
- Work with El Dorado County to identify neighboring counties that should be targeted for SSI/SSA advocacy hub

# Strategies & Tactics

**02**

Pitch added value and
solutions for current New
extended business

Hire contracts

## *Strategies:*

✓ Meet with or survey clients to determine how we can leverage ESP to increase child support efficiency and increase revenue. We will begin with the New Hire module and expand as new modules are developed. One distinguishing feature of our portal product is that it allows employers to make corrections themselves, online. We will also market our employer maintenance and UIB matching process.

✓ In FY2021, we will also continue to pursue growth opportunities in Louisiana, Indiana, Michigan and Colorado. These opportunities include add-on work and advanced service offerings as we continue to develop ESP modules. There may be particular interest in e-NMSN and Outreach modules.

## *Tactics:*

✓ Meet with clients to discuss added value solutions

✓ Market ESP capabilities to potential and existing clients

✓ Continue to progress current growth opportunities in Louisiana, Indiana, Michigan and Colorado

✓ Review and update our employer maintenance and UIB matching solutions

✓ Pitch our employer maintenance and UIB solutions to existing clients and potential clients

✓ Identify and pursue fixed price contracts

(CONFIDENTIAL)

# Strategies & Tactics



Promote excellent client relationships. Achieve client satisfaction survey ratings of 4.5 or better

## *Strategies:*

✔ Maintain regular client communications—virtually until the pandemic recedes.

✔ We will be flexible and responsive to help clients meet changing priorities in response to COVID-19.

## *Tactics:*

✔ Develop an agenda item for each upcoming client meeting to discuss how we can help clients meet COVID-19 response requirements

✔ Arrange virtual meetings with clients that we do not have set scheduled meetings. The goal is to connect with these clients to determine our current performance and to offer our assistance to help them meet COVID-19 response requirements

✔ Maintain regular contact with each client to stay current with and responsive to their needs

✔ Survey New Hire clients to collect feedback on our ESP solution

✔ Continue to keep employers informed about New Hire developments with regular and timely communications

✔ Prepare to survey child support conference participants in the event organizations resume in-person conferences

# Strategies & Tactics

**04**

Explore new business opportunities in current and adjacent markets, including those created by COVID-19.

## Strategies:

✓ Communicate with clients to identify new or expanded business opportunities. Reach out to OCSE and to states to begin a discussion about making the reporting of terminations a requirement. COVID-19 may present a good window of opportunity to advance an argument for the need to capture termination information because it can be used to stem waste, fraud and abuse in the child support and unemployment systems. Reach out to states that do not currently outsource New Hire reporting to further market our ESP solution. We will also further market our review and adjustment and compliance solutions. Our waste, fraud and abuse solution will be further solution is fully developed, we will look at how to fully market its capabilities. Once our outreach developed and promoted as a tool that can help child support and unemployment agencies.

## Tactics:

✓ Conduct outreach to potential clients to market ESP solution

✓ Contact OCSE to begin discussion about making termination reporting mandatory

✓ Within the next two months, reach out to all of the California counties with the most critically low PEP scores to offer discussion of how MAXIMUS could help improve performance

• When a contact replies, follow-up within 2 days of response

• Maintain communication until one of two objectives is achieved:

  ○ Sole source contract offered to MAXIMUS

  ○ Solicitation released (shaped by discussions with MAXIMUS)

✓ Refine waste, fraud and abuse solution for unemployment insurance

✓ Investigate data sharing status with new hire clients to determine if data can be shared with unemployment agencies

✓ Market waste, fraud and abuse solution to state unemployment agencies where new hire clients agree to share data

# EXHIBIT K

## California LifeLine

### 1 MAXIMUS National and California Experience

- Health and Human Services program support applies directly to LifeLine Program administration and customers.

- As the LifeLine TPA, MAXIMUS services will be animated by a commitment to timely, accurate, consistent, and transparent communications with the California Public Utilities Commission (CPUC), Service Providers, Department of General Services (DGS), and the public—leading to the trusting relationships necessary for effective service delivery.

- Solix will provide the tech solution with its proprietary Solix 360, a market-leading platform that supports LifeLine administration and eligibility processing across commercial and government enterprises including LifeLine.

- Combined, our processes, technology, and quality assurance operations have processed more than $5B in public benefit funding annually.

### 2. Work Plan

RFP Part 2 Section 2; Exhibit 20, Tab 3, §2.1

MAXIMUS offers a comprehensive work transition plan to an operations model that recognizes the need for transparency, responsiveness and ease of use by stakeholders.

The MAXIMUS work plan solution:

- A fully integrated and proven-successful delivery platform that creates a simpler, faster and integrated experience for carriers and beneficiaries. At the same time, we provide the CPUC with full transparency through the analytics and reporting capabilities it needs to ensure program integrity.

- We will streamline the administrator functions and create a faster, more efficient path to enrollment and annual recertification using the state-of-the-art technology platform, Solix 360.

Key California-centered solution principles:

- MAXIMUS has partnered with California government for over three decades and has never had a program failure. We will focus specifically on the California LifeLine Program to ensure program success for CPUC.

- Our solutions, supports and approaches are California-focused for tailored service delivery informed by our experience and observations managing programs for the LifeLine beneficiary population in California and the low-income population in 20 other states. MAXIMUS commits its California-trusted and proven capabilities for program success for CPUC.

California LifeLine Administrator

**MAXIMUS**

- ■ We will leverage our Medicaid, Supplemental Nutrition Assistance Program (SNAP), and Temporary Assistance to Needy Families (TANF) experience to deliver innovative strategies for outreach and sign-up, from mobile and web technologies to more effective communication.

- ■ **Accountability-driven:** Demonstrated waste, fraud, and abuse detection and prevention capabilities will drive program performance and deliver accountability for LifeLine. MAXIMUS has historically achieved the lowest payment error rate measurement (PERM) in the nation, with an error rate of just 0.04 percent.

- ■ **Turn-key transition:** We leveage existing MAXIMUS facilities in the Sacramento area, cloud infrastructure, and proven commercially available technology. This offers minimal transition disruption.

Brag Points:

- • MAXIMUS has worked directly with California's Medicaid population since 1996 and have supported numerous other public health and welfare programs directed at the LifeLine population, including SNAP and TANF.

- • We understand how to work across multiple state and federal agencies to marshal resources and fairly implement benefit programs such as LifeLine, while minimizing waste, fraud, and abuse.

- • Solution stives to achieve efficient and effective connections between the beneficiary and the Service Provider through a seamless and transparent integration within the normal customer relationship process.

- • Ease of access to LifeLine resources through multiple channels, provided by a robust technology platform, expedites the eligibility process, supports outreach efforts to identify new potential LifeLine customers, and provides real-time data reporting of the LifeLine Program's progress.

*Approach Meets CPUC Objectives.*

| RFP Requirement (Exhibit 20, Section 2) | MAXIMUS Solution |
|---|---|
| Mirror the existing services, business rules, and processes of the LifeLine Program as performed by the incumbent California LifeLine Administrator | ■ Leverage existing call center in Folsom to provide telephony and experienced CSRs <br> ■ Provide proven technology platform that mirrors current processes and adheres to business rules <br> ■ Reuse/refine existing policy, procedure, and training materials <br> ■ Leverage knowledge gained from providing enrollment and eligibility support to LifeLine beneficiary population in California and across the US |
| Implement processes that the CPUC establishes, and adhere to the relevant Commission Decisions, Resolutions, General Orders and Communications Division's Administrative Letters, for the LifeLine Program | ■ Leverage expertise managing highly regulated programs that include intricate rules-based criteria and require strict adherence to compliance standards <br> ■ Build in mechanisms to review CPUC rules, regulations, and processes on an ongoing basis <br> ■ Assign QA staff to monitor adherence to relevant Commission Decisions, Resolutions, General Orders and Communications Division's Administrative Letters |
| Throughout the contract term, identify continually areas and functionalities to improve services performed by the California LifeLine Administrator | ■ Leverage robust business reporting tools which provide ongoing data regarding services provided by MAXIMUS <br> ■ Assign QA staff to analyze data, identify trends, and initiate improvements |

Start-Up/Transition-In Plan

Section 2.1, Page 2 of 31

## 2.1 Start-Up/Transition-In Plan

RFP Part 2 Section 2.1; Exhibit 20, Tab 3, §2.1

.

- The MAXIMUS start-up/Transition Plan is really a *migration plan.* We have more than four decades of experience in planning, executing, monitoring, and completing start-ups and the transitioning-in of large-scale health and human services operations projects across the U.S.

- MAXIMUS has met rapid implementation and start-up timelines for over 20 eligibility and enrollment programs across the U.S.

- Our transition activities are specifically designed to mitigate risk throughout the implementation period.

- *Proposed Solutions for Mitigating Risk* :

| Transition Risk | Proposed Solutions for Mitigating Risk |
|---|---|
| Scheduling conflicts are identified when merging MAXIMUS transition-in plan with incumbent's transition-out plan | Our Implementation Team will meet with CPUC and the incumbent to finalize the Transition Plan, integrate this Plan with the incumbent's Transition-Out Plan, develop a timeline for allocating resources (both roll-on and roll-off), and establish communication protocols to facilitate a smooth and coordinated transition process |
| Conversion and transition of operational and historical data from the incumbent's system to MAXIMUS is not completed prior to go-live | We approach data conversion with a thorough plan, including detailed testing of the converted data to ensure that it conforms to the current business outcomes<br>As part of our data conversion process, we help identify erroneous data in the incumbent's database through the application of stringent edits, reconstruct intrinsic data relationships from the old data model to the new data model, and identify missing data that might jeopardize the performance or execution of the new system |
| Service Provider interfaces are not ready to transition to the Solix 360 platform at go-live | We communicate the schedule and data layouts to the Service Providers early in transition-in period<br>We closely monitor progress/testing for each Service Provider<br>We prioritize testing with the Service Providers with the highest volumes |
| Planned single event cutover fails | We follow a phased, step-by-step approach for transitioning operational responsibility incrementally, by work component, at scheduled intervals before the end of the contract that allows ample time for program assimilation and integration<br>Our phased approach provides time to adequately absorb and internalize program operations, properly prepare for assumption of operations, and accurately assess progress of transition activities |
| CSR learning curve inhibits full service delivery | We schedule the CSR training to account for the expected learning curve and dropout rate<br>We plan for remedial/refresher training soon after go-live<br>We provide refresher training that is targeted to the most frequent problem areas |

Case: 1:21-cv-04367 Document #: 64 Filed: 05/25/22 Page 81 of 112 PageID #:533


- MAXIMUS will reduce start-up risk by successfully meeting critical transition objectives that inform the transition process.

| Objective | MAXIMUS Approach and Benefits to the Department |
|---|---|
| Provide a smooth transition and implementation of business operations and systems | Fully equipped and staffed help desk facility in place in Folsom that is successfully providing service to multiple other projects |
| | Staff experienced working with LifeLine populations |
| | Folsom-based staff committed and ready to start work immediately |
| | Proven call center training and QA/QC programs in place in California and in multiple other states will be tailored to meet CPUC's unique requirements |
| | Document processing already in place in our Folsom Call Center |
| | Meaningful key performance requirements understood by MAXIMUS management, as we meet similar performance metrics in other eligibility and enrollment projects |
| Be fully prepared for timely cutover and implementation | MAXIMUS has extensive experience performing Readiness Assessments in hundreds of contracts including eligibility, enrollments, and systems implementations, reducing risk to CPUC |
| | Approach to Readiness Assessment is based upon broad experience of the operations of eligibility programs |
| Achieve cost effectiveness in implementation of the program | Existing facility and infrastructure in Folsom eliminates system procurement and installation costs |
| | Will modify existing training, quality assurance program, and work instructions from other projects to limit the time and cost of the transition |
| | Will reuse/revise existing CPUC LifeLine Program materials if available |
| Mitigate risk to individuals and CPUC | Leverage "lessons learned" from previous transitions of eligibility and enrollment projects |
| | MAXIMUS has a proven risk and issue management process in place to mitigate risks and issues before they cause any unnecessary transition delay |
| | Leverage existing facility to eliminate disruption that would be caused by building out new facilities |
| | Comprehensive process controls in place to monitor and immediately take corrective action if there is any degradation in service |
| | Engage subcontractors with prior California LifeLine experience |

**Exhibit 2.1-2: MAXIMUS Solution Meets Critical Transition Objectives.** *Our existing infrastructure provides a solid foundation, allowing us to transition quickly and without disruption to ongoing operations.*

### 2.1.1.1 Transition Approach

RFP Part 2 Section 2.1.1; Exhibit 20, Tab 3, §2.1.1

- Approach has three critical components: **1)** a robust plan that incorporates industry best practices, **2)** an experienced implementation team, **3)** support of specialized corporate resources who control risk.

#### *Transition Plan*

- Plan provides multiple features:
  - o Identifies a detailed set of tasks and resources designed to meet the implementation requirements
  - o Documents responsibilities and forms cross-functional that work closely together to ensure proper coordination and hand-offs
  - o Incorporates weekly status updates for each task
  - o Builds in checkpoints to evaluate risks and identify contingency plans to ensure the implementation stays on course
  - o Establishes exit criteria for each major phase of implementation to ensure that we are ready to move on to the next phase

Case: 1:21-cv-04367 Document #: 64 Filed: 05/25/22 Page 82 of 112 PageID #:534

- Upon contract award, we will review our draft Transition Plan in detail with CPUC at the kick-off meeting, incorporating changes and refinements. We will then regroup to make updates to processes or timelines, and then present a revised Transition Plan.

- Upon approval, we will follow the Transition Plan and continue until we successfully cut over operations from the incumbent contractor to MAXIMUS. We use the Transition Plan to monitor progress and track completion of milestones.

### *Industry Best Practices*

- Transition-in approach encompasses key concepts of the Project Management Institute's (PMI) Project Management Body of Knowledge (PMBOK® Guide) project management principles.

- Our established, proven, and structured approach for directing project transitions of all sizes enables us to achieve project objectives in a timely and efficient manner.

- MAXIMUS has a centralized transition function that will draw on all projects that MAXIMUS has transitioned, providing experienced and knowledgeable resources to the transition.

### *Transition-In Team*

- **Transition Manager:** Gina Turner
  - o **Background:** More than 20 transitions for programs with values ranging from $50,000 to $1 billion across the United States and internationally. Certified PMP, Certified in Information Technology Infrastructure Library (ITIL)

  - o **Duties:** Ensure work remains on schedule; manages transition deliverables process, tracking, and submission; produces transition reports, meeting agendas, and meeting minutes; manages and updates the risk, issue, decision, and communication processes and logs; coordinates activities across the team; and manages the transition repository.

- **Transition Analyst:** Tiffany Buchanan
  - o **Background:** Successfully led multiple state implementations as a Project Manager. Specializes in mitigating schedule and deliverable risk.
  - o **Duties:** Manages the Transition-In Schedule and Deliverables. Develops and maintains agendas, progress reports, deliverable reports, and meeting minutes for project control.

received my plans from Kelly Boerner and Kelley Treharne. I have meetings set to train Nancy Kim, my new boss, despite my being passed over for the role she was given. I've seen how this game ends. Once they are trained, I'm RIF'ed.

In all my years with Maximus, I have never observed the amount of retaliation that my managment is allowed to display especially after so many concerns about her behavior being escalated by others, that she's going unchecked and uncorrected. I have always supported, and will continue to support, my manager. There's not one instance where I've been unprofessional. Despite the constant retaliation, I've stayed the course and I'm doing my part to help grow the business. But I'm running out of time. I feel my manager is looking for ways to end my career with the company. I don't know what to do anymore. I don't feel support from my local leadership and I'm not comfortable that HR is going to intervene.

# EXHIBIT L

**Text with Kathleen Kerr**

11:57 

 

Kathleen ›

Fri, Nov 6, 2:40 PM

Can you talk at 4?

> Yes. Daryl can run the RFD Meeting without me

Awesome thank you!

I will call you

> Np 

Fri, Nov 13, 8:44 AM

Hey didn't want you to think I've forgotten you. Been talking to Kevin Black to get advice etc. My $700M rebid for TX is underway so it's been a long week. I am working on a few things. We will talk next week for

sure. Hope you're doing okay. Kathy

> Omg. $700M. That's major. Good luck to you, Carrie, Tim, and team. Let me know if I can help. Thanks for the check-in. I have you on speed-dial if needed. Enjoy your weekend. +Maurice

Yeah I always forget



11:57      .ıl LTE 🔋

Kathleen ›

Yeah I always forget
You worked with them!! I'm glad you have my number on speed dial. 😅

We just got DQ'd on another bid here because we messed up the

HUB vendor process. Ugh.

Wed, Dec 16, 12:25 PM

Hey! Trying to set up a meeting with you for tomorrow to talk about some org changes I am making. Can you chat at 8 am your time?

Hello. Yes, 8am is ok. Talk to you then. Enjoy the rest of your day 🙂

Great thanks your day looked totally blocked when I tried to schedule. Watch for an invite thanks

Ok. I'll clear it

New IVD director in Illinois. We've worked closely together and this might get us some add-on. Just sharing.

   

       

# EXHIBIT M

Careers - Lead VP - Employer Services in Remote I Careers at US - Remote

❮ Welcome page                                                    Maurice Franklin Dashboard | Log Out

# Lead VP - Employer Services

US-Remote                                                                                    2 days ago

**Requisition ID** 2021-60322    **Category** Program Management    **Job Schedule** Regular Full-Time

**Reporting Manager** Kelly Blaschke Treharne

## Job Description Summary

Lead Vice President will be over the newly formed Employer Service Team that encompasses Tax Credit and Employer Services (TCES) P&L, New Hire contracts and Business Service support for Workforce Services projects. Responsible for P&L oversight and growth of contracts. Strong focus on leveraging the capabilities of this new team to expand business. Experienced Vice Presidents/P&L owners will report to this lead position. Proven experience in Employer Services required. Executive level experience required.

Essential Duties and Responsibilities:

- Establish and maintain relationships with representatives of client agencies, stakeholders, and community organizations to promote and develop company services.

- Shape service delivery and execution with the design and implementation of strategies and initiatives.

- Develop and maintain comprehensive knowledge of programs, services, and project operations.

- Lead operational execution to drive efficiency and profitability.

- Evaluate program performance using data, reports of contract compliance and outcomes.

- Develop policies and procedures for operational processes in order to ensure optimization and compliance with established standards and regulations.

- Organize, direct, and coordinate the planning and production of operations activities, resource needs, and delegation of duties and responsibilities to program staff.

- Participate in collaborative communications, both written and verbally, with stakeholders to include Finance, Contracts, Human Resources, etc.

- Coach, mentor, motivate and supervise program team members to influence outcomes and accountability for performance.

- Simultaneously plan, manage and execute multiple priorities.

- Provide executive management of the Project's financial plan and forecast.

Minimum Requirements:

- Bachelor's degree in related field from an accredited college or university required.

- 15+ years of related professional experience required.

Careers - Lead VP - Employer Services in Remote I Careers at US - Remote

## MAXIMUS Introduction

Since 1975, Maximus has operated under its founding mission of Helping Government Serve the People, enabling citizens around the globe to successfully engage with their governments at all levels and across a variety of health and human services programs. Maximus delivers innovative business process management and technology solutions that contribute to improved outcomes for citizens and higher levels of productivity, accuracy, accountability and efficiency of government-sponsored programs. With more than 30,000 employees worldwide, Maximus is a proud partner to government agencies in the United States, Australia, Canada, Saudi Arabia, Singapore and the United Kingdom. For more information, visit https://www.maximus.com.

EEO Statement: Active military service members, their spouses, and veteran candidates often embody the core competencies Maximus deems essential, and bring a resiliency and dependability that greatly enhances our workforce. We recognize your unique skills and experiences, and want to provide you with a career path that allows you to continue making a difference for our country. We're proud of our connections to organizations dedicated to serving veterans and their families. If you are transitioning from military to civilian life, have prior service, are a retired veteran or a member of the National Guard or Reserves, or a spouse of an active military service member, we have challenging and rewarding career opportunities available for you. A committed and diverse workforce is our most important resource. Maximus is an Affirmative Action/Equal Opportunity Employer. Maximus provides equal employment opportunities to all qualified applicants without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status or disabled status.

### Apply/Socialize

Apply for this job online

Refer this job to a friend

Share on your newsfeed

Interested in this opportunity?
Socialize this job opportunity to a friend, colleague, or family member:

Application FAQs

Software Powered by iCIMS

www.icims.com

EXHIBIT N

2/20/2021        Careers - Lead VP - Operations in Remote I Careers at US - Remote

 

COUNTRY    SEARCH    MENU

❮ Welcome page                              Maurice Franklin Dashboard | Log Out

# Lead VP - Operations

US-Remote                                                      2 days ago

**Requisition ID** 2021-60349     **Category** Operations     **Job Schedule** Regular Full-Time

**Reporting Manager** Kelly Blaschke Treharne

## Job Description Summary

Lead Vice President is responsible for P&L oversight and growth of contracts within a defined territory including Workforce Services and Child Support Full Service and Specialty projects. There will be two positions each having oversight for approximately 20 contracts. Experienced Regional Vice Presidents/P&L owners will report to this lead position. Proven experience in Workforce Services and/or Child Support required. Executive level experience required. Ensure that MAXIMUS is in compliance with all applicable requirements of the contracts, including applicable local, state, and Federal regulations. Collaborate in the creation and implementation of innovative methodologies to continually streamline and improve operations. Ensure all project services are effectively and efficiently delivered. Oversee quality initiatives and implement any necessary corrective actions to ensure consistent application of all laws, regulations, policies, procedures and programs. Participate in business development opportunities.

Essential Duties and Responsibilities:
- Represent Human Services Division to the client and MAXIMUS Executive leadership at both internal and external meetings and forums.
- Establish and maintain relationships with representatives of client agencies, stakeholders, and community organizations to promote and develop MAXIMUS services.
- Shape service delivery and execution with the design and implementation of strategies and initiatives.
- Develop and maintain comprehensive knowledge of programs, MAXIMUS services, and project operations.
- Lead operational execution to drive efficiency and profitability.
- Evaluate program performance using data, reports of contract compliance and outcomes.
- Develop policies and procedures for operational processes in order to ensure optimization and compliance with established standards and regulations.
- Organize, direct, and coordinate the planning and production of operations activities, resource needs, and delegation of duties and responsibilities to program staff.
- Participate in collaborative communications, both written and verbally, with stakeholders to include Finance, Contracts, Human Resources, etc.
- Coach, mentor, motivate and supervise program team members to influence outcomes and accountability for performance.
- Simultaneously plan, manage and execute multiple priorities.
- Provide executive management of the Project's financial plan and forecast.

Minimum Requirements:

Minimum Requirements.

- Bachelor's degree from an accredited college or university; Master's degree in a related field preferred.
- A minimum five years experience in a management position in a health or human services related field.
- Excellent organizational, interpersonal, written and verbal communication skills.
- Ability to perform comfortably in a fast-paced, deadline-oriented work environment.
- The ability to successfully execute many complex tasks simultaneously.
- Ability to work as a team member, as well as independently.
- Excellent people management.
- Demonstrated ability to manage large scale projects.
- Computer literate.
- Preferred qualifications include proven ability establishing and maintaining relationships with community groups, including stakeholder and advocacy organizations.

## MAXIMUS Introduction

Since 1975, Maximus has operated under its founding mission of Helping Government Serve the People, enabling citizens around the globe to successfully engage with their governments at all levels and across a variety of health and human services programs. Maximus delivers innovative business process management and technology solutions that contribute to improved outcomes for citizens and higher levels of productivity, accuracy, accountability and efficiency of government-sponsored programs. With more than 30,000 employees worldwide, Maximus is a proud partner to government agencies in the United States, Australia, Canada, Saudi Arabia, Singapore and the United Kingdom. For more information, visit https://www.maximus.com.

EEO Statement: Active military service members, their spouses, and veteran candidates often embody the core competencies Maximus deems essential, and bring a resiliency and dependability that greatly enhances our workforce. We recognize your unique skills and experiences, and want to provide you with a career path that allows you to continue making a difference for our country. We're proud of our connections to organizations dedicated to serving veterans and their families. If you are transitioning from military to civilian life, have prior service, are a retired veteran or a member of the National Guard or Reserves, or a spouse of an active military service member, we have challenging and rewarding career opportunities available for you. A committed and diverse workforce is our most important resource. Maximus is an Affirmative Action/Equal Opportunity Employer. Maximus provides equal employment opportunities to all qualified applicants without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status or disabled status.

 **Contact an expert**

Careers

Our Insights

MAXIMUS Foundation

Contract Vehicles

Contract Vehicles

Investor Relations

Our Company

Leadership

Contact Us

 in 

Privacy Statement   |   Terms of Use   |   Employee Home   |   Sign up for news alerts

Copyright (c) 2019 MAXIMUS. All rights reserved.

EXHIBIT O



**MAXIMUS**

COVID-19 · Our Markets · Core Capabilities · Our Insights · Our Impact

OUR IMPACT

# Practicing good corporate citizenship in our workplace and communities

🏠 \ Our Impact

Diversity, Equity, and Inclusion

Corporate Responsibility

Green initiatives

Maximus Foundation

Our grantees

Veterans

## Making an Impact

Making an Impact is a collection of profiles introducing some of our best and brightest leaders — individuals who are making tremendous impacts in the government sectors we serve.



### Brian Shea

Drawing on over four decades of experience in child support and technology consulting, Brian shares insights on how governments can improve services to citizens, the importance of trust in client relationships, and why he's still energized by the work.

**Read more about Brian »**



### Emily Isaacs

From caring middle schooler to a career focused on helping others, Emily shares her story of how she has taken a personal passion for helping others and transformed it into helping state agencies affect change on the program and policy level.

**Read more about Emily »**



### Kari Ortiz

Kari Ortiz reveals what inspires her and how she takes life challenges and turns them into opportunities.

**Read more about Kari »**



### Joi Shaw

Joi took a moment to share her story about her strong desire to help others, making a swift pivot to telehealth during COVID-19, and insights into how she remains balanced during these uncertain times.

**Read more about Joi »**



### Meshia Henderson

On a recent Skype call with Meshia from her Indianapolis office, we asked her to share her special formula for team building, the attributes and elements that empowered her career growth, and what motivates her to help others overcome barriers and achieve their goals.

Read more about Meshia »



### Laura Parsons

We caught up with Laura to discuss lessons she's learned professionally and her advice on finding work-life balance and staying productive through times of stress.

Read more about Laura »



### Michelle Paiz

Michelle took some time to discuss her career at Maximus and what advice she has for future leaders.

Read more about Michelle »



### Maurice Franklin

We recently caught up with Maurice at his Chicago office to discuss his insights into running effective program operations.

Read more about Maurice »



### Michelle L. Laisure

We sat down with Michelle to learn more about her passion to work with persons with disabilities, overcoming project challenges, and her unique approach to leadership and mentorship.

Read more about Michelle »



### Kelly Blaschke Treharne

We sat down with Kelly to learn more about her approaches to leadership, helping government programs get better results, and building strong teams that deliver outstanding outcomes.

Read more about Kelly »



### Tracie Hinds

We caught up with Tracie at her office in Boise to talk about the strategies that have helped advance her career, people who've inspired her, and her secret to building successful teams that can reliably produce outstanding outcomes — even in challenging times.

Read more about Tracie »



### Awilda Martinez

Awilda took a moment to share with us how her Maximus journey began over two decades ago, what inspired her life in public service work, and her advice for balancing professional and personal priorities.

Read more about Awilda »

## Featured Insights

SEE ALL  »

ARTICLE

Preventing veteran homelessness in Vermont

ARTICLE

Enabling Technology is a tool of independence for this young woman

ARTICLE

Going the distance to deliver disaster relief supplies and hope

Careers
Investor Relations

Our Insights
Our Company

Maximus Foundation
Leadership

Contract Vehicles
Contact Us

Contact an expert

Copyright (c) 2021 Maximus. All rights reserved.    Privacy Statement  |  Terms of Use  |  Human Rights Statement  |  Employee Home

Contract Vehicles

Investor Relations

Our Company

Leadership

Contact Us

 

Privacy Statement   |   Terms of Use   |   Employee Home   |   Sign up for news alerts

Copyright (c) 2019 MAXIMUS. All rights reserved.

# EXHIBIT P

APRIL 12, 2021

ETHICS COMPLAINT
Filed by Maurice Franklin, Vice President, Human Services

SUMMARY
1. The hiring process for four new Lead VP positions in Human Services was flawed and biased, with the rules changing as the process unfolded.
2. Applicants were denied the option to apply for two of the four open positions, showing that those positions were pre-filled with appointees without a fair hiring process.
3. The other two open positions were described in sales proposals as being held by the persons who ultimately were chosen, and before interviews were conducted; again showing that the positions were filled without a fair hiring process.
4. I have more experience and project success than most or all of the candidates ultimately chosen to fill the four Lead VP positions.
5. I have been overlooked for this and other promotions out of retaliation by leadership for my presumed part in another employee's ethics violation and out of discrimination against me due to race and gender.

BACKGROUND

The Human Services Workforce & Child Support group is going through a reorganization. As child support was consolidated within the group, staff were informed of an additional phase that would create four Lead Vice President positions who would report to the Senior Vice President, Kelly Blaschke Treharne.

Kathleen Kerr assigned Kelly Boerner to help Kelley Treharne with the transition. Kelly Boerner was immersed in the new organization's design and configuration, including optics around the Lead Vice President positions.

As things progressed, the workforce leadership team was presented with the new executive leadership structure by Kelly Boerner (who was vital in putting it together) and Kelley Treharne. Once the roles were announced, Kelly Boerner attempted to distance herself from the new leadership roles; however, she was a go-to person with follow-up questions about the positions. This showed that she had more involvement in the four positions for which we would ostensibly would have an equal opportunity to interview. For example, I inquired about the positions being direct or indirect jobs, and Kelly Boerner's response is attached.

After interviews were conducted, the applicants were contacted and given the results. Kelly Boerner, Lisa Simmons, Nancy Kim, and Rachel Zietlow were selected as Lead Vice President for the Workforce & Child Support group.

KEY POINTS

• Kelly Boehner was very involved in creating the four new Lead VP roles and was appointed to the one that matched her transition duties assigned by leadership during the initial reorganization phase.

• Rachel Zietlow received one of the Lead VP positions. Before the interviews occurred, in February 2021, Rachel was named by Kelly Boerner in sales proposals with a role nearly identical to the Lead Vice President position that she ultimately received. This creates the assumption that the decision to appoint Rachel to one of the roles was already made before interviews were conducted. Kelly Boehner involved Rachel in the bid process and authorized her description in the bid. It is beyond coincidence that Rachel would ultimately be selected for the Lead VP position.

• During the position announcement, Kelley Treharne instructed that each interested candidate could apply for only one job, the one that that he/she felt the strongest about. This is not, to my knowledge, a restriction according to company policy. During the interviews, Kelley recanted those instructions. The initial questions asked were for the candidate to explain why they selected their position of interest and if they would be interested in interviewing for one of the other openings. I indicated that I would be interested in other openings. I never specified which position I would be interested in; that decision was made by Human Capital Management and Kelley Treharne. This limited my ability to determine which other positions I would like to apply for. The promised second interviews never took place. Instead, we were asked to submit answers to two questions in lieu of the second interview. Applying for the Lead VP of Operations position, Kelly Boerner's ultimate role, was not an option for anyone at any time.

• Of all the remaining applicants, three women were selected. This gender is the regular group for promotion and growth opportunities. For example, this is the third role Kelly Boerner has received automatically despite her inability to run operations successfully, her lack of people management skills, and her lack of relevant experience in either workforce or child support. Notably, her new position is a direct position, which therefore protects her from future RIFs.

• Male employees, African American in particular, are constantly held back while women are given promotions. Of note: Clyde Stith, Carter Gaskin, Willie Smith, Maurice Franklin, Chuk Roberts. Each time I had an opportunity for a promotion, there was an unjustified reason to not promote me, despite my excellent resume and proven capabilities. My exposure to growth is limited by the leadership.

I believe that the process of selecting the four Lead VPs was tainted and riddled with shallow attempts to give the illusion of equality, diversity, and inclusion. I am requesting a meeting with Ilene Baylinson to discuss other options to work within U.S. Services.

EXHIBIT Q

APRIL 2021

## ETHICS COMPLAINT

Filed by Maurice Franklin, Vice President, Human Services

## SUMMARY

I am submitting this complaint on the grounds of discriminatory harassment based on race and gender, on being subjected to a hostile work environment, and on the grounds of violations of company policy regarding fair hiring/promotion and confidentiality.

- The hiring process for four new Lead VP positions in Human Services violated the company's policies regarding fair and equal treatment.
- I have been subject to discrimination against me due to race and gender.
- I have been subjected to a hostile work environment as a result of my manager's retaliatory actions

I continue to work in an environment that is prejudiced against me, despite now reporting to a different manager.

## VIOLATIONS OF MAXIMUS FAIR HIRING POLICIES

The hiring process for four new Lead VP positions in Human Services violated the company's policies regarding fair and equal treatment.

- The hiring process was flawed and biased, with the rules changing as the process unfolded.
- Applicants were denied the option to apply for two of the four open positions, showing that those positions were pre-filled with appointees without a fair hiring process.
- The other two open positions were described in sales proposals as being held by the persons who ultimately were chosen, yet before interviews were conducted, again showing that the positions were filled without a fair hiring process.
- I have more experience and project success than most or all of the candidates ultimately chosen to fill the four Lead VP positions.

### BACKGROUND

The Human Services Workforce & Child Support group is going through a reorganization. As child support was consolidated within the group, staff were informed of an additional phase that would create four Lead Vice President positions who would report to the Senior Vice President, Kelley Blaschke Treharne.

Kathleen Kerr assigned Kelly Boerner to help Kelley Treharne with the transition. Kelly Boerner was immersed in the new organization's design and configuration, including optics around the Lead Vice President positions.

As things progressed, Kelly Boerner and Kelley Treharne presented the new executive leadership structure to the workforce leadership team. Once the roles were announced, Kelly Boerner attempted to distance herself from the new leadership roles; however, she was a go-to person with follow-up questions about the positions. This showed that she had more involvement in the four positions for which we would ostensibly have an equal opportunity to interview for open positions. For example, I inquired about the positions being direct or indirect jobs, and Kelly Boerner's response is attached.

In the end, Kelly Boerner, Lisa Simmons, Nancy Kim, and Rachel Zietlow were selected as Lead Vice Presidents.

## KEY POINTS

• Kelly Boerner was very involved in creating the four new Lead VP roles and was appointed to the one that matched her transition duties assigned by leadership during the initial reorganization phase.

• Rachel Zietlow received one of the Lead VP positions. Before the interviews occurred, in February 2021, Rachel was named by Kelly Boerner in sales proposals with a role nearly identical to the Lead Vice President position that she ultimately received. This creates the assumption that the decision to appoint Rachel to one of the roles was already made before interviews were conducted. Kelly Boehner involved Rachel in the bid process and authorized her description in the bid. It is beyond coincidence that Rachel would ultimately be selected for the Lead VP position.

• During the position announcement, Kelley Treharne instructed that each interested candidate could apply for only one job, the one that that he/she felt the strongest about. This is not, to my knowledge, a restriction according to company policy. During the interviews, Kelley recanted those instructions. The initial questions asked were for the candidate to explain why they selected their position of interest and if they would be interested in interviewing for one of the other openings. I indicated that I would be interested in other openings. I never specified which position I would be interested in; that decision was made by Human Capital Management and Kelley Treharne. This limited my ability to determine which other positions I would like to apply for. The promised second interviews never took place. Instead, we were asked to submit answers to two questions. Applying for the Lead VP of Operations position, Kelly Boerner's ultimate role, was not an option for anyone at any time.

• Of all the remaining applicants, three women were selected. This gender is the regular group for promotion and growth opportunities. For example, this is the third role Kelly Boerner has received automatically despite her inability to run operations successfully, her lack of people management skills, and her lack of relevant experience in either workforce or child support. Notably, her new position is a direct position, which therefore protects her from future RIFs.

• Violation of equal opportunity: Passing me up on promotional opportunities and giving it to less qualified individuals. Kelly Boerner was promoted to a child support leadership role despite my having far more experience. This ties into Laura admitting to treating me differently (late 2020).

• The Clyde Stith investigation was mentioned as the reason why I could not receive an appointment to an LVP position like others did.

I believe that the process of selecting the four Lead VPs was tainted and riddled with shallow attempts to give the illusion of equality, diversity, and inclusion, and went against Maximus policies of fair and equal treatment in hiring and promotions.

## DISCRIMINATORY RACIAL HARASSMENT

- I have been subject to discrimination against me due to race and gender.
  - Leadership in Human Services has routinely and consistently engaged in race and gender discrimination against me and other African American men.

### BACKGROUND

Male employees, African American in particular, are constantly held back in Human Services while women are given promotions. Of note: Clyde Stith, Carter Gaskin, Willie Smith, Maurice Franklin, Chuck Roberts.

Each time I had an opportunity for a promotion, there was an unjustified reason to not promote me, despite my excellent resume and proven capabilities. My exposure to growth is limited by the leadership's practice of holding back Black men in Human Services.

### KEY POINTS

- People of color are treated entirely differently under a different set of rules. If, as in my case for example, they do not go along with the different rules, then they are isolated and held back for no justifiable reason, while others are placed into positions and given development and opportunities without equal process (for example, Curtis Briggs admitted to Lisa Simmons that black people were not given equal opportunities. Of note: Gaye Kelly and son; Melissa Royal, Hayley Secondo, Kelly Boerner, Colleen Martin).

- In February 2021, Curtis Briggs admitted to Lisa Simmons that he encourages Laura to promote/hire people of color, but she refuses to. Lisa mentioned this to me in March 2021.

- Laura and Kathy have done everything to remove me from the platform that I worked hard for and are now elevating white people. Kathy's actions and unwillingness to address the issue have triggered the way black people feel at Maximus.

- Laura told me that if I grew my hair out in braids, I could not work for her (Fall 2020, New Orleans meeting).

- During a recent investigation of Laura, she expressed that she did not treat me equally to other Vice Presidents within the company.

- Salary cover up (CA Lifeline): Laura hired staff, placed them under me to manage, had them be client facing and run the program, and pay them more I was making. To hide this salary discrepancy and to keep me in the dark, Laura and Kim Colbeck had the staff reporting to Laura or Peter Baylinson in the Workday system, preventing me from knowing their salaries. This is a standard practice within Laura's organization. Additionally, to hide the salary inequalities, Laura and Peter did not include me on Practice financial calls, limiting my

access to the conversations and records that would expose the salaries. (Colleen Duke - $10k to $20k more, Rick Dillio - $75k more)

- Laura has always held me back salary-wise. For years, I made significantly less than other ethnicities in similar positions. Laura's daughter-in-law's pay exceeded mine when I was in the same role. When I shared the salary inequalities with Kathy, she ignored it.

- In November 2019, my bonus was cut in half despite my significant contribution to the practice meeting its revenue goals. But others were given more than the previous year for going above and beyond, despite corporate revenue goals not being met. All should've resulted in the same decrease.

- I have no exposure to upper management and am consistently left off org charts and discussions about my projects. Never once in my four years of contribution to CA Lifeline have I ever received open recognition like other (White) staff.

## HOSTILE WORK ENVIRONMENT

- I have been subjected to a hostile work environment as a result of my manager's retaliatory actions
  - Leadership's divulging of confidential information about ethics investigations has resulted in false allegations about my role in the investigations.
  - I have been overlooked for promotions and harassed about performance out of retaliation by leadership for my presumed part in another employee's ethics violation.

### BACKGROUND

I was pulled into an investigation that involved my manager and a colleague. I could not validate the alleged complaint that my boss was making and could not agree to her claim. The manager would learn of my position and express her dissatisfaction to me and others. This intensified the retaliation and harassment towards me and extended to my direct/indirect reports. In addition, I refused to manage Laura's family members, increasing her retaliation against me.

To exacerbate the situation, I was asked to have my manager's daughter, Hayley Secondo, report to me. The daughter was returning to the organization after leaving her role as a PM of my manager's Paternity projects. Hayley would report to me but provide executive support to the division president, my manager's boss. Having a horrific experience with my manager's daughter-in-law, I refused the appointment, but Hayley got the position.

My refusal intensified the retaliation. I started documenting questionable behavior in 2018 after being confronted by my manager for disciplining her daughter-in-law for unprofessional conduct, disrespect to leadership and coworkers, and disregarding company protocols.

For nearly a year, having my manager's relative reporting to me proved to be unmanageable to the point where I had to have her transferred to another department within my manager's organization. I've been told the same behaviors still exist, and Human Capital Management is well aware of the difficulties. This created an issue and is the start of my manager's retaliation against me, beginning in 2018.

KEY POINTS

- Excluding me from meetings related to COVID/UI work, which I discovered during the Vermont project. As a result, I would not have involvement in the UI growth work. Laura Rosenak ensured that others, including Melissa Royal, were involved, so that they could benefit and grow, while my growth and exposure opportunities were limited. For example, after weeks of requesting a meeting with the VA client, I learned that Laura set meetings with others and the VA client without including me.

- Sabotaging work that would have put me in any positive light (limited exposure). Illinois UI work is an example where Laura created a very hostile environment between Kip Daniels and me during the opportunity meetings. Laura insisted on unusual pricing that resulted in the company losing the work, hence me not having any part of the UI growth. Carey Archer can attest to this.

- Laura assigned my staff to work without my knowledge, resulting in mental drain and stress on my staff who had no clue what was happening. When I pushed back, key personnel were removed from other projects, which made no sense, and I was verbally attacked by Laura and Peter. This resulted in a lot of stress and very tense moments and added to the constant attacks by Laura, Curtis Briggs and Peter. Casey Jones - CO UI, Jim Graetinger, and Tara Colton can attest.

- Laura agreed to contract terms and cost that would have tremendous financial impact on my portfolio, resulting in months of intense scrutiny and attack on my team. New Hire ESP 20% maintenance fee, Illinois Mobile app work-$125k (Michael Bosnian/email confirming)

- Bids were riddled with defects (CA Edd) that would have caused contract loss. As a result, it added a tremendous amount of stress and pressure on me, Valerie, and Tara during the proposal processes for KY, OH, MD, MI. When awarded, nothing or very little was announced to upper leadership, limiting the amount of success and exposure for me and my team.

- In September 2020, Peter Baylinson, brother of general manager Ilene Baylinson, began reporting to Laura. Laura told Peter about my alleged role in the Clyde Stith confidential investigation. Near the end of 2020, Peter produced inaccurate financial records/reports (e.g., including projects that were not mine) that made it appear that I had not met my profitability goals, resulting in intense scrutiny and a negative impression of my performance.

- Attempting to force me to manage Laura's daughter, Hayley Secondo, while she actually worked for Kathy. But on the books (in Workday) she would appear to work for me. As a result of my pushing back, Laura intensified the amount of tension and retaliation for my immediate staff (Valerie - mental breakdown, Tara - enormous stress, Dennis Seeley, Jay Otto, Maurice - started counseling through EAP).

- In February 2020, Laura threatened to put me into CAP for not meeting goals, an unfounded allegation. As examples, she cited unpaid invoices from the client; at the time the client was refusing payment on some and the rest were awaiting payments being applied by Accounting. Another example was not meeting turnaround time SLAs with New Hire; however, the Data Center was down so no data could be entered. A third example was QA on new hire projects, which perform at 99.1% consistently, and there aren't related penalties.

- Excluding me from meetings that I would later learn about: In June 2020, Laura held a meeting with my staff and instructed them to leave me out. She also became enraged that a colleague was aware of my birthday.

- Laura asked me to admit to a false sexual harassment claim, which I refused to do, as I had not engaged in any inappropriate behavior. Laura said she had just talked with Clyde Stith and he had confessed to her the same type of issue. I reported this to Christa Ballew.

- Limiting exposure: As California Lifeline director, I worked for months with Colleen Duke on negotiating better contract terms with the client during contract renewal, while Rick Dillio focused on vendor relationships. Once negotiations concluded, Laura and Kathy praised Rick during the HPP call for his contribution to the program, but did not mention me at all, despite knowing of the leader's role I had on the program, especially during negotiations (email attached between Kathy and me).

- Exclusion: During the CA Lifeline negotiations, Colleen Duke, PM for Lifeline, alerted me that Laura and Hayley were excluding me from meetings. I reported the issue to Isadora Huntley privately. Bruce Perkins and Isadora had a call related to this matter.

- My exclusion from key calls with clients and BRC calls has affected project profitability, when Laura agrees to things we can't deliver. An example is the 7/3/19 BRC call to which I wasn't invited; Laura said she doesn't control BRC calls.

- In August 2019, Laura left delegation to me for a CA Lifeline issue, but then instructed David C not to include me but go to Colleen Matthias instead.

- A Leadership meeting was held in Reston the week of October 28. Laura and Peter attended, but I was not informed of the meeting.

- Laura did not include two key players on my team in the group's capture meeting for a proposal, asking me to invite them at the last minute. They did not have enough time to make arrangements and missed the opportunity. Laura told Reston that they couldn't make it because of the snow in Chicago, which was not the truth; she intentionally left them out.

- Laura set up situations attacking the California Lifeline client (Jonathan) during initial negotiations in an attempt to sidetrack the progress being made during negotiations. Isadora, Rochelle, and Maurice were on the call, which was ended by the client; the transcript from the call references Laura's tone.

- Retaliation: I had Lifeline and foster care projects taken from me despite the success and progress I achieved on all programs; for example, California Lifeline and West Coast Benefits and Eligibility Projects for foster children, seniors, and homeless adults. When I challenged this and escalated to Chief of Human Capital Management, Laura, Kim, Kathy and others met with Michelle Link, about the reorganization, but neither Michelle (CHR) nor Kevin Black would ever meet with me. This happened to me during the Clyde Stith ethics investigation.

- I haven't been invited to multiple CA Lifeline litigation calls, concerning TrueConnect. Bruce Perkins raised this as an issue and apologized for being omitted by Hayley Secondo.

- It was not until Kathy directed it that I was informed about and added to Ilene's monthly meeting. I had asked previously, but Laura said, "I don't set those meetings" despite others, Kelly and Peter, being informed.

- Laura complained to HR that I have a habit of taking PTO excessively. I have never taken more PTO than I have accrued. On my birthday, 6/03/19, Leave Without Pay was entered in

the Deltek payroll system by someone other than myself. How this occurred is still unexplained.

- In October 2020 Laura sent me a barrage of emails with a negative tone after I engaged HR about the hostile environment and sought support.
- Laura authorized ODCs for the mobile app cost that were refused by me, making Illinois miss its FY20 plan. This made it appear I missed my financial goals in Illinois for the first time in many years.
- Laura excluded me from meeting with Ernie DeHoyos of PMC regarding potential "refusal to work" services, which has kept me in the dark about how to support his efforts.
- Given their closeness working with me and experiencing harsh conditions secondhand and sometimes directly, Valerie Phillips was constantly on Laura's radar for refusing to mentor Hayley and run-ins with Melissa and refusing the use of her legal credentials in bids. Tara Colton, Valerie Phillips, Jay Otto, Dennis Seeley, and I suffered mentally. As a result, I am having to seek counseling and spiritual coaching, Valerie had a mental breakdown, and Tara sought psychiatric assistance. Each day was full of watching our backs for proposal defeats, exclusions, and immense scrutiny from Laura, Peter Baylinson, Kathleen Kerr, and Kelly Boerner.
- Laura's mistreatment of Valerie Phillips became unbearable and contributed to her mental break. Laura expressed her dislike of Valerie many times to me and others. Anything Valerie developed, 360 outreach for example, would either garner little attention from Laura despite being an incredible creation, or Laura would openly praise others for work products that Valerie developed.
- When Valerie had a mental breakdown, I had to get legal support to help me deal with the situation, resulting in a "do not contact order" on Valerie. Maximus did nothing to support me, but the company had supported Laura during a harassment claim that she made against a Maryland client. After learning of my retaining legal guidance, Bruce Perkins and Kathleen Kerr offered support – but only after the matter was resolved.
- Whistleblower violation: In January 2021, Kathleen Kerr admitted to sharing with Laura my position during a confidential investigation involving Laura and Clyde Stith.
- Laura admitted to using my position during that confidential investigation as her reason to discriminate against me. In her words, she considered me "hers," seeming to suggest ownership of me.
- Laura alleged that I shared with her that same confidential investigation. I did not: Laura had the conversation with me while I was in the Chicago office on a work-recorded line (all are aware of the recording). I felt uncomfortable about the conversation, so I pulled it from the system and saved a copy.
- Kathleen admitted that she told Laura about my not providing a statement to HR during the confidential investigation. I asked Kathleen why it was discussed and said that Laura had retaliated against me as a result. I added that Laura had fabricated a false impression of failures on my part, but that Laura could not provide one instance where I had lacked performance. Kathleen admitted that she asked Laura the same questions, but Laura could not provide an example.
- In February 2021, Laura made statements about someone on her team applying for a new position within the company without running it by her first, and that everyone should be aware that the potential interviewer would come to her for reference. As a result of her

retaliation, I applied for several positions and was not even interviewed for them. A few times, I received a call from HR informing me that Laura would learn of the application submission; consequently, I withdrew the application. My ability to advance my career within the company as a result of her retaliation issues is completely thwarted.

- On February 25, 2021, I received an instant message from Maximus's ethics lawyer (Julie Wheat), who asked to have a call with me on 2/27/21 to discuss an anonymous complaint regarding questionable hiring. On the call, Julie shared that someone had called and reported that Kathy Kerr only promotes/hires white women. I immediately question why she associated the caller with me. I said that because I had faced retaliation from Laura that I did not feel safe sharing my opinion, as I did not think the company would protect me because it had not lived up to the company's no retaliation policy/training that we take each year. I asked Julie to leave me out of it. Julie admitted that they wouldn't usually bring staff into these issues but since I'm a Vice President and the caller identified my Chicago office and called from a Chicago area code, and because she and I bonded during the ordeal with Valerie Phillips, she felt comfortable contacting me. I expressed my concerns that this call/allegation was now associated with me and that I would experience further discrimination and retaliation as a result. Julie did assure me that this would not happen.

## CONTINUATION OF PREJUDICED ENVIRONMENT

I have now been moved to another Senior Vice President within the Human Services organization. Laura's manager, Kathleen Kerr, contacted me about the move and alleged the action was planned and had nothing to do with Laura's retaliation against me. In addition to me being moved, another person of color was moved from under Laura. The movie seems to be the company recognizing the amount of risk Laura created for the organization. Instead of addressing (owning) the matter, they collectively designed a way to push Laura's agenda by other means. Since the pandemic, Laura has been one of the leading members to help the company bring multimillion-dollar deals into the organization. Perhaps that is the reason why the company seems to support/allow her behavior. Despite being moved from Laura's team, I've received a directive from the division president to continue negations with Laura on a program that I was responsible for but kept in the background by Laura to not appear that I had much involvement. This program, LifeLine, had been a troubled project/contract for the company. Unbeknownst to others, the project director and I had work relentlessly with the client to turn the project around.

Today, I'm working for the new manager, but the exclusion and the process of minimizing my role within the division continues. There's a significant effort to again reorganize the new team that I'm on. Kathleen (who never mentioned anything about a reorg until Laura's retaliation surfaced) noted that there would be other phases after the initial change. Ironically, I have to develop artifacts related to the reorg, but I have to give them to my new manager and Kelly Boerner, who I would compete with for the LVP role. Kelly is leading the reorg, as instructed by Kathleen. Kelly took my artifacts (strategic plans, portfolio overviews, etc.) and used them as her own. Kelly (who reports to Kathleen) and I both had projects to move under the new Senior Vice President during the reorg. Kelly has been involved in the overall reorg activities, but I'm being excluded. I questioned this to my new manager but it was dismissed out of hand.

Now I've been asked to work with the BD team to explain child support and my ideas for expanding it, despite Lisa and Rachel being in their new roles because of their plans – after they