# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-04367 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| MAXIMUS, INC., MAXIMUS HUMAN SERVICES, INC., and MAXIMUS SERVICES LLC., | ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | | |

## JOINT STATUS REPORT REGARDING DISCOVERY

In accordance with the Court's May 19, 2022 Order (ECF No. 62), Plaintiff Maurice Franklin and Defendants Maximus, Inc., Maximus Human Services, Inc., and Maximus Services LLC (collectively, the "Parties") jointly submit the following status report regarding discovery.

As discussed during the May 16, 2022 status hearing, the Parties have exchanged disclosures under Rule 26(a) but have not yet issued written discovery; this case was previously stayed pending the Court's ruling on Maximus, Inc.'s motion to dismiss. The Parties subsequently sought to resolve issues relating to the pleadings before commencing discovery.

On May 24, 2022, after obtaining leave from the Court, Plaintiff filed a second amended complaint. Defendants are currently preparing their answer. After Defendants file their answer, the Parties will then proceed with written and oral discovery.

The Parties jointly request an extension to several deadlines set by the Court relating to fact discovery, experts, and dispositive motions, commensurate with the time that has elapsed since the Court entered its scheduling order on December 17, 2021 (ECF No. 28)—approximately two weeks after Plaintiff filed his first amended complaint. Specifically, the Parties propose the following deadline extensions:

1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Fact Discovery | August 31, 2022 | December 16, 2022 |
| Disclosure of Plaintiff's Expert Report(s) | September 30, 2022 | January 20, 2023 |
| Deposition of Plaintiff's Expert | October 31, 2022 | February 17, 2023 |
| Disclosure of Defendant's Expert Report(s) | October 31, 2022 | February 17, 2023 |
| Deposition of Defendant's Expert | November 30, 2022 | March 10, 2023 |
| Dispositive Motions | January 6, 2023 | March 16, 2023 |

WHEREFORE, for these reasons, the Parties jointly request that the Court enter a scheduling order extending the fact discovery, experts, and dispositive motions deadlines as set forth above.

Dated: May 27, 2022    Respectfully Submitted,

**MAURICE FRANKLIN**    **MAXIMUS, INC., MAXIMUS HUMAN SERVICES, INC., AND MAXIMUS SERVICES LLC**

By: */s/ Anthony Dawkins*
    One of His Attorneys

By: */s/ Kathryn J. Barry*
    One of Their Attorneys

F. Anthony Dawkins
MORGAN & MORGAN, PA
191 Peachtree Street, NE, Suite 4200
Atlanta, GA 30303
Tel: (404) 965-1872
Fax: (404) 720-3839
adawkins@forthepeople.com

Kathryn Montgomery Moran
Kathryn J. Barry
J. Casey Leech
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel: (312) 787-4949
Fax: (312) 787-4995
Kathryn.Moran@jacksonlewis.com
Kathryn.Barry@jacksonlewis.com
Casey.Leech@jacksonlewis.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on May 27, 2022, she caused a true and correct copy of the foregoing **JOINT STATUS REPORT REGARDING DISCOVERY** to be filed with the Court by electronic filing protocols, and that the same will therefore be electronically served upon all attorneys of record registered with the Court's CM/ECF system.

<em>/s Kathryn J. Barry</em>