## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Maurice Franklin

                Plaintiff,

v.                                          Case No.: 1:21−cv−04367

                                                    Honorable Steven C. Seeger

Maximus, Inc., et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to: for discovery supervision and all discovery motions, including protective orders. The parties must file any motion to extend the deadlines for fact or expert discovery before the District Court. The Court refers defendants' motion to compel (Dckt. No. [77]) to the assigned Magistrate Judge. (jjr, )Mailed notice.

Dated: November 14, 2022

                                                                             /s/ Steven C. Seeger

                                                                   United States District Judge