# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-04367 |
| | ) | |
| v. | ) | Hon. Lindsay C. Jenkins |
| | ) | |
| MAXIMUS, INC., MAXIMUS HUMAN | ) | Magistrate Judge Jeffrey T. Gilbert |
| SERVICES, INC., AND MAXIMUS | ) | |
| SERVICES LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT REGARDING DISCOVERY

In accordance with the Court's March 30, 2023 Minute Entry (ECF No. 109), Plaintiff Maurice Franklin and Defendants Maximus, Inc., Maximus Human Services, Inc., and Maximus Services LLC jointly submit the following status report regarding discovery:

### I. Summary of the Results of the Parties' Meet-and-Confer Teleconference

Counsel for the parties met and conferred about Plaintiff's responses to Defendants' interrogatories and have developed a proposed solution for resolving the parties' differences regarding these interrogatories.

### II. Identity of Witnesses that Each Party Intends to Depose

Defendants seek to depose:

- Plaintiff

- Jay Bland (Chief Growth Officer, GreenCourt Legal Technologies LLC)

- Charles Smith (Lead Child Support Program Consultant, GreenCourt Legal Technologies LLC)

- Dr. Robert John Zagar (Plaintiff's treating psychologist)

Plaintiff seeks to depose the following employees of Maximus, in addition to taking a deposition pursuant to Fed. R. Civ. P. 30(b)(6):

- Kelly Boerner

- Laura Rosenak

- Kevin Black

- Kathleen Kerr

- Kim Colbeck

- Ilene Baylinson

III.    **Status of Subpoenas to Health Care Providers and Other Third-Party Witnesses**

Defendants issued subpoenas *duces tecum* to the following entities, for which it has received a response: Dr. Robert John Zagar (October 24, 2022); GreenCourt Legal Technologies LLC (November 21, 2022); and, Metropolitan Life Insurance Company (February 9, 2023).

Defendants are currently waiting on responses to two outstanding subpoenas:

(1)    On April 4, 2023, Defendants caused a subpoena *duces tecum* to be served on 8 Hospitality LLC. Defendants are awaiting a response to this subpoena.

(2)    Defendants first issued a subpoena to Northwestern Medicine, seeking to obtain records relating to Plaintiff's medical and psychiatric treatment, in October 2022. They have since issued several additional subpoenas and follow-up requests for records to Northwestern, in response to Northwestern's third-party subpoena administrator's request that Plaintiff execute specific record release authorization forms. To date, Defendants have only received two pages of medical records relating to Plaintiff, despite Defendants' understanding that Plaintiff sought treatment at Northwestern over a period of several months. Defendants remain diligent in their attempts to obtain Plaintiff's records from Northwestern, and last contacted the third-party records administrator on April 14, 2023 to obtain a status on Defendants' request.

## IV. Proposed Fact Discovery Close Date

As indicated in the parties' April 3, 2023 joint status report (ECF No. 110), Plaintiff intends to seek leave to file a third amended complaint and assert additional counts under 42 U.S.C. § 1981. On April 13, 2023, Plaintiff's counsel provided Defendants' counsel a draft of this third amended complaint. Based on their review of the draft, Defendants anticipate opposing Plaintiff's forthcoming motion for leave to file a third amended complaint.

While Defendants do not believe any motion practice regarding the leave to amend will delay discovery, Defendants do not believe they can depose Plaintiff until the proposed third amended complaint is filed (as the draft provided was not finalized, Defendants are unaware as to whether it contains the full scope of additional allegations). Plaintiff anticipates filing the request for leave to amend by April 17, 2023. To allow sufficient time to complete discovery (including a request by Plaintiff for electronic discovery) and conduct the eleven (11) depositions identified above, the parties propose a fact discovery close date of August 18, 2023.

Dated: April 14, 2023

Respectfully Submitted,

**MAURICE FRANKLIN**

By: */s/ Anthony Dawkins*
     One of His Attorneys

F. Anthony Dawkins
ANTHONY DAWKINS, P.C.
1100 Peachtree Street NE, Suite 250
Atlanta, Georgia 30309
Telephone: (404) 551-5333
attorney@anthonydawkins.com

**MAXIMUS, INC., MAXIMUS HUMAN SERVICES, INC., AND MAXIMUS SERVICES LLC**

By: */s/ Kathryn J. Barry*
     One of Their Attorneys

Kathryn Montgomery Moran
Kathryn J. Barry
Casey J. Leech
JACKSON LEWIS P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
Fax: (312) 787-4995
kathryn.moran@jacksonlewis.com
kathryn.barry@jacksonlewis.com
casey.leech@jacksonlewis.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 14, 2023, she caused a true and correct copy of the foregoing **JOINT STATUS REPORT REGARDING DISCOVERY** to be filed with the Court by electronic filing protocols, and that the same will therefore be electronically served upon all attorneys of record registered with the Court's CM/ECF system.

*/s/ Kathryn J. Barry*