## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MAURICE FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) Case No. 21-cv-04367 |
| | ) |
| v. | ) Hon. Lindsay C. Jenkins |
| | ) |
| MAXIMUS, INC., MAXIMUS HUMAN SERVICES, INC., AND MAXIMUS SERVICES LLC, | ) Magistrate Judge Jeffrey T. Gilbert |
| | ) |
| Defendants. | ) |

### JOINT STATUS REPORT

In accordance with the Court's April 21, 2023 order (ECF No. 114), Plaintiff Maurice Franklin and Defendants Maximus, Inc., Maximus Human Services, Inc., and Maximus Services LLC jointly submit the following status report:

### I. Updated Status of Plaintiff's Responses to Defendants' Interrogatories

Plaintiff provided subsequent information and recordings related to Interrogatory No. 11 on or around April 6, 2023. Counsel for the parties continue to confer about whether Plaintiff intends to supplement his response to Defendants' Interrogatory No. 15 (regarding Plaintiff's sources of income since January 1, 2021), or whether such response is complete. They do not believe further Court intervention is necessary at this time.

### II. Status of Defendants' Efforts to Obtain Plaintiff's Medical Records Pursuant to Subpoena

Defendants received Plaintiff's medical records from Northwestern Medicine, in response to their subpoena *duces tecum*, on April 20, 2023. There are no outstanding subpoenas regarding Plaintiff's medical records.

### III. Confirmed Dates for Fact Depositions Before June 30, 2023

The parties have not yet confirmed dates for depositions before June 30, 2023. Defendants have been awaiting Plaintiff's filing of his motion for leave to file a third amended complaint, so they can depose Plaintiff regarding those allegations. Plaintiff has indicated that motion will be filed on or before May 11, 2023. Assuming the motion is filed on that date, Defendants have offered May 31, 2023 as a possible deposition date.

### IV. Proposed Dates for Other Depositions Before Close of Fact Discovery

As explained above, Defendants have been waiting for briefing and a decision on Plaintiff's motion for leave to file a third amended complaint before proceeding with his deposition. Presuming Plaintiff can be deposed on the dates identified above, Defendants propose deposing Jay Bland (Chief Growth Officer, GreenCourt Legal Technologies LLC) and Charles Smith (Lead Child Support Program Consultant, GreenCourt Legal Technologies LLC) on June 13 or June 15, 2023.

### V. Identity of Potential Deponents

Defendants seek to depose:

- Plaintiff
- Jay Bland (Chief Growth Officer, GreenCourt Legal Technologies LLC)
- Charles Smith (Lead Child Support Program Consultant, GreenCourt Legal Technologies LLC)
- Dr. Robert John Zagar (Plaintiff's treating psychologist)

Plaintiff seeks to depose the following employees of Maximus, in addition to taking a deposition pursuant to Fed. R. Civ. P. 30(b)(6):

- Kelly Boerner
- Laura Rosenak

- Kevin Black

- Kathleen Kerr

- Kim Colbeck

- Ilene Baylinson

Dated: May 10, 2023

**MAURICE FRANKLIN**

By: */s/ Anthony Dawkins*
    One of His Attorneys

F. Anthony Dawkins
ANTHONY DAWKINS, P.C.
1100 Peachtree Street NE, Suite 250
Atlanta, Georgia 30309
Telephone: (404) 551-5333
attorney@anthonydawkins.com

Respectfully Submitted,

**MAXIMUS, INC., MAXIMUS HUMAN SERVICES, INC., AND MAXIMUS SERVICES LLC**

By: */s/ Kathryn J. Barry*
    One of Their Attorneys

Kathryn Montgomery Moran
Kathryn J. Barry
Casey J. Leech
JACKSON LEWIS P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
Fax: (312) 787-4995
kathryn.moran@jacksonlewis.com
kathryn.barry@jacksonlewis.com
casey.leech@jacksonlewis.com

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on May 10, 2023, she caused a true and correct copy of the foregoing **JOINT STATUS REPORT** to be filed with the Court by electronic filing protocols, and that the same will therefore be electronically served upon all attorneys of record registered with the Court's CM/ECF system.

/s/ Kathryn J. Barry