# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-04367 |
| | ) | |
| v. | ) | Hon. Lindsay C. Jenkins |
| | ) | |
| MAXIMUS, INC., MAXIMUS HUMAN SERVICES, INC., and MAXIMUS SERVICES LLC., | ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | | |

## JOINT STATUS REPORT

In accordance with the Court's November 20, 2023 Minute Entry (ECF No. 146), Plaintiff Maurice Franklin and Defendants Maximus, Inc., Maximus Human Services, Inc., and Maximus Services LLC (collectively, the "Parties") jointly submit the following status report regarding the status of Plaintiff's motion to quash a subpoena directed to his former counsel:

**I.** Counsel for the parties met and conferred on Friday, November 17, 2023, to discuss the status of Plaintiff's motion to quash Defendant's subpoena to CTM Legal Group, LLC. Plaintiff advised, after reviewing the scope of Defendants subpoena to CTM Legal Group, LLC, that Plaintiff had determined that Defendants had sufficiently limited the scope of their subpoenas to CTM Legal Group, LLC such that Plaintiff no longer believed that it was necessary to move the court for an order quashing Defendants' subpoena. Plaintiff advised Defendants that Plaintiff is willing to waive his attorney-client privilege for those documents requested by Defendants' subpoena to CTM

1

Legal Group, LLC with the implicit understanding that his waiver is not intended to be, nor should Defendants construed it to be a waiver of privilege for any document or communication beyond those specifically requested by the subpoena. Defendants agreed that Plaintiff's limited waiver of privilege does not and will not be construed as a waiver of Plaintiff's attorney-client privilege for any documents beyond those requested by the Defendants CTM Legal Group, LLC subpoena. Defendants confirmed that disposition in writing to Plaintiff.

On Monday, November 20, 2023, Plaintiff, through counsel, received an email from William Tasch of CTM Legal Group, LLC, advising that his firm received a subpoena from Defendants and requested confirmation of whether Plaintiff was waiving attorney-client privilege for those documents responsive to Defendants' subpoena. Mr. Tasch indicated, however, that satisfaction of Plaintiff's outstanding balance to CTM Legal Group, LLC was a condition precedent to CTM Legal Group, LLC's production of the documents requested by Defendants' subpoena. Plaintiff's counsel confirmed to Mr. Tasch that Plaintiff is waiving his attorney-client privilege only regarding those documents specifically requested by Defendants' subpoena. Further, Plaintiff advised that he did not intend to satisfy payment to CTM Legal Group, LLC for Defendants to obtain the documents they sought. Counsel for the parties met and conferred on Tuesday, November 21, 2023, wherein Defendants confirmed that they did not intend upon remitting payment to CTM Legal Group, LLC for services rendered to Plaintiff, including the drafting of the complaint to initiate this action.

Defendants' counsel are scheduled to meet with CTM Legal Group, LLC, via telephone on December 6, 2023, the first date that Mr. Tasch indicated he was available to speak with Defendants' counsel regarding the subpoena.

Dated: November 27, 2023

**MAURICE FRANKLIN**

By: */s/ Anthony Dawkins*
    One of His Attorneys

F. Anthony Dawkins
GA Bar No. 157910
ANTHONY DAWKINS, P.C.
1100 Peachtree Street, NE
Suite 200
Atlanta, GA 30309
Tel: (404) 551-5333
Fax: (678) 870-5999
anthony@justice24-7.com

Respectfully Submitted,

**MAXIMUS, INC., MAXIMUS HUMAN SERVICES, INC., AND MAXIMUS SERVICES LLC**

By: */s/ Kathryn J. Barry*
    One of Their Attorneys

Kathryn Montgomery Moran
Kathryn J. Barry
J. Casey Leech
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel: (312) 787-4949
Fax: (312) 787-4995
Kathryn.Moran@jacksonlewis.com
Kathryn.Barry@jacksonlewis.com
Casey.Leech@jacksonlewis.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on November 27, 2023, he caused a true and correct copy of the foregoing **JOINT STATUS REPORT** to be filed with the Court by electronic filing protocols, and that the same will therefore be electronically served upon all attorneys of record registered with the Court's CM/ECF system.

/s Anthony Dawkins