## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maurice Franklin
                        Plaintiff,

v.                                                 Case No.: 1:21−cv−04367
                                                           Honorable Lindsay C. Jenkins

Maximus, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 28, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the parties' Joint Status Report [147], the motion hearing set for 12/21/23 is stricken. The parties shall file another short status report by 12/12/23 indicating whether CTM Legal Group still is refusing to produce the documents at issue because of Plaintiff's failure to pay his outstanding bill and, if so, whether Defendant will seek to enforce its subpoena or file a motion for a rule to show cause why CTM Legal Group should not be held in contempt of court for it's failure to respond to the subpoena. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.