IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MAURICE FRANKLIN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.1:21-cv-04367 |
| | ) | |
| v. | ) | |
| | ) | |
| MAXIMUS, INC. et al. | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Plaintiff's counsel, Fateen Anthony Dawkins, respectfully moves this Court for an order granting leave to withdraw as counsel of record for Plaintiff in the above-captioned matter, pursuant to Local Rule 83.17 and the applicable provisions of the Federal Rules of Civil Procedure. In support of this motion, counsel states as follows:

1. Fateen Anthony Dawkins, Esq. has been representing Plaintiff in this matter.

2. Counsel's representation of Plaintiff concluded upon the entry of the initial verdict in this matter.

3. Counsel has taken reasonable steps to notify Plaintiff of this intent to withdraw, including noticing the conclusion of representation in counsel's representation agreement and advising client in writing of his intent to withdraw as counsel on January 21, 2025.

4. Counsel has provided Plaintiff with sufficient time to secure alternate legal representation, and as of the date of this motion, Plaintiff has been informed of any pending deadlines or obligations in the case.

5. Withdrawal of counsel will not prejudice Plaintiff or delay the proceedings in this matter.

6. In compliance with Local Rule 83.17, counsel will ensure that all communications regarding this case are forwarded to Plaintiff until new counsel is retained or Plaintiff decides to proceed pro se.

Respectfully submitted this 22 January 2025.

/S/_____,
F. Anthony Dawkins, J.D.
GA Bar No.: 157904

Anthony Dawkins, P.C.
1100 Peachtree Street, NE
Suite 200
Atlanta, GA 30309
(404) 551-5333 phone
anthony@justice24-7.com